CV 04-712 SOM-BMK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 02/07/06 09:30 |
| NAME OF SERVER (PRINT) | TITLE |
| NORMAN ROBILIO | CIVIL PROCESS SERVER |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: STATE OF HAWAII DEPARTMENT OF LABOR c/o ADMIN. ASST. KAREN DANG AT 830 PUNCHBOWL ST. #321 HONOLULU, HI. 96813

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 0 7 2006

at ____ o'clock and ____ min. ____ M
SUE BEITIA, CLERK

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  02/07/06
             Date                    Signature of Server

P.O. BOX 88031
HON, HI. 96830
Address of Server

* SIGN: Karen Dang
PRINT: Karen Dang
TITLE: Admin. Asst.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

# UNITED STATES DISTRICT COURT

District of Hawaii

DEC 0 8 2004

at 3 o'clock and 00 min P M.
WALTER A.Y.H. CHINN, CLERK

JAMES A. BARCH

V.

STATE OF HAWAII DEPARTMENT OF LABOR
& INDUSTRIAL RELATIONS, ET AL.,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: CIVIL NO. 04-00712SOM-BMK

TO: (Name and address of Defendant)

ALL NAMED DEFENDANTS

DEPT. OF THE ATTORNEY GENERAL
STATE OF HAWAII, LABOR DIVISION
425 QUEEN STREET
HONOLULU, HI 96813

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JAMES A. BARCH (PRO SE)
16101 ESCOBAR AVENUE
LOS GATOS, CA 95032-3648

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

WALTER A.Y.H. CHINN                    12/8/2004
CLERK                                   DATE
(By) DEPUTY CLERK    [SEAL]