ORIGINAL

ⓐAO 440 (Rev. 8/01) Summons in a Civil Action      CV-04-712

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE March 10, 2006 at 9:00 a.m. | |
| NAME OF SERVER (PRINT) Dexter Carrasco | TITLE Process Server | |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Served upon the State of Hawaii through John Cregor, Deputy Attorney General at 425 Queen Street, Honolulu HI 96813

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 10 2006

at 9 o'clock and 10 min A M
SUE BEITIA, CLERK

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
            Date

Signature of Server
P O Box 88031
Honolulu, HI 96830
Tel: (808) 521-5800
Address of Server

✱ SIGN: J. Cregor    for Attorney General
PRINT: John Cregor
TITLE: Dep Atty Gen
DATE: 3-10-06
TIME: 9 AM

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
District of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 0 8 2004

at 3 o'clock and 00 min. P M.
WALTER A.Y.H. CHINN, CLERK

JAMES A. BARCH

V.

STATE OF HAWAII DEPARTMENT OF LABOR
& INDUSTRIAL RELATIONS, ET AL.,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:   CIVIL NO. 04-00712SOM-BMK

TO: (Name and address of Defendant)
ALL NAMED DEFENDANTS

DEPT. OF THE ATTORNEY GENERAL
STATE OF HAWAII, LABOR DIVISION
425 QUEEN STREET
HONOLULU, HI 96813

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JAMES A. BARCH (PRO SE)
16101 ESCOBAR AVENUE
LOS GATOS, CA 95032-3648

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

WALTER A.Y.H. CHINN                          12/8/2004
CLERK                                         DATE

(By) DEPUTY CLERK

(SEAL)