# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3-13-06  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 04-00712SOM-BMK |
| CASE NAME: | James A. Barch v. State of Hawaii Department of Labor & Industrial Relations |
| ATTYS FOR PLA: | James A. Barch by phone |
| ATTYS FOR DEFT: | John M. Cregor |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6 no record |
| DATE: | 3-13-06 | TIME: | 2 - 2:05 |

COURT ACTION:  EP: Further Rule 16 Scheduling Conference held.  Court to prepare scheduling order.

1. Non-jury trial on December 12, 2006 at 9:00 a.m. before SOM
2. Final Pretrial Conference on October 31, 2006 at 11:00 a.m. before BMK
3.
4. Final Pretrial Statement by October 24, 2006
5. File motions to Join/Add Parties/Amend Pleadings by May 12, 2006
6. File other Non-Dispositive Motions by September 13, 2006
7. File Dispositive Motions by July 12, 2006
8a. File Motions in Limine by November 21, 2006
8b. File opposition memo to a Motion in Limine by November 28, 2006
11a. Plaintiff's Expert Witness Disclosures by June 13, 2006
11b. Defendant's Expert Witness Disclosures by July 13, 2006
12. Discovery deadline October 13, 2006
13. Settlement Conference set for October 12, 2006 at 2:00 p.m. before BMK
14. Settlement Conference statements by October 5, 2006
20.
21. File Final witness list by November 21, 2006
24. Exchange Exhibit and Demonstrative aids by November 14, 2006
25. Stipulations re: Authenticity/Admissibility of Proposed Exhibits by November 21, 2006
26. File objections to the Exhibits by November 28, 2006

28a.  File Deposition Excerpt Designations by November 21, 2006
28b.  File Deposition Counter Designations and Objections by November 28, 2006
29.   File Trial Brief by November 28, 2006
30.   File Findings of Fact & Conclusions of Law by November 28, 2006

cc: Tammy Kimura

Submitted by Richlyn Young, Courtroom Manager

CV 04-00712SOM-BMK;
James A. Barch v. State of Hawaii Department of Labor & Industrial Relations;
Rule 16 Scheduling Conference Minutes
3-13-06