Case 1:04-cv-00712-SOM-BMK   Document 16   Filed 04/12/2006   Page 1 of 2

ORIGINAL



MARK J. BENNETT     2672
Attorney General of Hawaii

CARON M. INAGAKI    3835
JOHN M. CREGOR, JR.  3521
Deputy Attorneys General
Department of the Attorney
 General, State of Hawaii
425 Queen Street
Honolulu, Hawaii 96813
Telephone: (808) 586-1300
Email: John.M.Cregor@hawaii.gov

Attorneys for Defendant
STATE OF HAWAII
DEPARTMENT OF LABOR &
INDUSTRIAL RELATIONS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JAMES A. BARCH,<br><br>           Plaintiff,<br><br>vs.<br><br>STATE OF HAWAII DEPARTMENT OF LABOR & INDUSTRIAL RELATIONS; JOHN DOES 1-20; JANE DOES 1-20; DOE GOVERNMENTE AGENCIES 1-20; DOE CORPORATIONS 1-20; DOE PARTNERSHIPS 1-20; JOHN DOES 1-20; JANE DOES 1-20,<br><br>           Defendants. | CIVIL NO. 04-00712 SOM-BMK<br>(Other Civil Action)<br><br>NOTICE OF MOTION; DEFENDANT STATE OF HAWAII DEPARTMENT OF LABOR & INDUSTRIAL RELATIONS' MOTION TO DISMISS COMPLAINT; MEMORANDUM IN SUPPORT OF MOTION; EXHIBIT "A;" CERTIFICATE OF SERVICE<br><br>Hearing:<br><br>Date: _____<br>Time: _____<br>Judge: Hon. Susan Oki Mollway |

185725_1.DOC

## NOTICE OF MOTION

TO:   JAMES A. BARCH
      16101 Escobar Avenue
      Los Gatos, CA 95032

      Plaintiff Pro Se

NOTICE IS HEREBY GIVEN that Defendant State of Hawaii Department of Labor & Industrial Relations' Motion to Dismiss Complaint shall come on for hearing before the Honorable Susan Oki Mollway in her courtroom at 300 Ala Moana Boulevard, Prince Kuhio Federal Building, at _____ . m., on _____, 2006, or as soon thereafter as counsel may be heard.

DATED:  Honolulu, Hawaii, April _12_, 2006.

                         _____
                         JOHN M. CREGOR, JR.
                         Deputy Attorney General

                         Attorney for Defendant
                         STATE OF HAWAII
                         DEPARTMENT OF LABOR &
                         INDUSTRIAL RELATIONS