IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JAMES A. BARCH,<br><br>    Plaintiff,<br><br>vs.<br><br>STATE OF HAWAII DEPARTMENT OF LABOR & INDUSTRIAL RELATIONS; JOHN DOES 1-20; JANE DOES 1-20; DOE GOVERNMENTE AGENCIES 1-20; DOE CORPORATIONS 1-20; DOE PARTNERSHIPS 1-20; JOHN DOES 1-20; JANE DOES 1-20,<br><br>    Defendants. | CIVIL NO. 04-00712 SOM-BMK<br><br>DEFENDANT STATE OF HAWAII DEPARTMENT OF LABOR & INDUSTRIAL RELATIONS' MOTION TO DISMISS COMPLAINT |

DEFENDANT STATE OF HAWAII DEPARTMENT OF LABOR
& INDUSRIAL RELATIONS' MOTION TO DISMISS COMPLAINT

Defendant State of Hawaii Department of Labor & Industrial Relations, by and through its attorneys, Mark J. Bennett, Attorney General, and John M. Cregor, Jr. and Caron M. Inagaki, Deputy Attorneys General, hereby moves this Honorable Court to Dismiss the Complaint filed by Plaintiff on December 6, 2004.

This Motion is made pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal

185725_1.DOC

Rules of Civil Procedure and is based upon the records and files herein.

DATED: Honolulu, Hawaii, April /2, 2006.

*[signature]*
JOHN M. CREGOR, JR.
Deputy Attorney General

Attorney for Defendant
STATE OF HAWAII
DEPARTMENT OF LABOR &
INDUSTRIAL RELATIONS