**U.S. Department of Labor**   Office of the Assistant Secretary
for Administration and Management
Washington, D.C. 20210



## SERVICE SHEET

Mr. James A. Barch
**Charging Party**

vs.

Hawaii Department of Labor
and Industrial Relations
**Respondent**

CRC Complaint No. 02-HI-002

This will acknowledge that a copy of the Final determination in the above-captioned case was sent on AUG 1 6 2006 by certified mail to the parties listed below.

Mr. James A. Barch        **CERTIFIED LETTER 7002 3150 0006 7416 9969**
16101 Escobar Ave
Los Gatos, CA 95032

Mr. Nelson Befitel        **CERTIFIED LETTER 7002 3150 0006 7416 9976**
Director/DL
Hawaii Department of Labor
and Industrial Relations
830 Punchbowl Street
Room 321
Honolulu, HI 96813