IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JAMES A. BARCH,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF HAWAII DEPARTMENT OF LABOR & INDUSTRIAL RELATIONS;ET AL.,<br><br>Defendants. | CIVIL NO. 04-00712 SOM-BMK<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April /2, 2006, a copy of the foregoing document was served on the following at his last known address via United States mail, postage prepaid, as follows:

> JAMES A. BARCH
> 16101 Escobar Avenue
> Los Gatos, CA 95032
> Plaintiff Pro Se

DATED: Honolulu, Hawaii, April /2, 2006.

                                          JOHN M. CREGOR, JR.
                                        Deputy Attorney General
                                        Attorney for Defendants
                                        STATE OF HAWAII
                                        DEPARTMENT OF LABOR &
                                        INDUSTRIAL RELATIONS