**U.S. Department of Labor**  Office of the Assistant Secretary
for Administration and Management
Washington, D.C. 20210



OCT 2 6 2005

Mr. James A. Barch
16101 Escobar
Los Gatos, CA 95032

       RE:  Reconsideration of CRC Complaint No. 02-HI-002

Dear Mr. Barch:

This is to confirm our recent telephone conversations which followed Ms. Lockhart's September 13, 2005, letter to you.  Pursuant to those conversations it was agreed that you would submit new additional information bearing on your claims to assist the Civil Rights Center in assessing whether to reopen your case.

It is understood that, given your condition, you are to submit this new information within a reasonable time.

Should the above not reflect your understanding of our conversations, please feel free to contact me at 202-693-6530 or the address below.

Sincerely,

Willie M. Alexander
Chief of External Enforcement
U.S. Department of Labor
Civil Rights Center
200 Constitution Ave., NW
Room N-4123
Washington, DC 20210