**U.S. Department of Labor**    Office of the Assistant Secretary
for Administration and Management
Washington, D.C. 20210



JUL 8 2004

### CERTIFIED LETTER 7000 1670 0009 8395 2470

Mr. James A. Barch
16101 Escobar Ave.
Los Gatos, CA 95032

                CRC Complaint No. 02-HI-002

Dear Mr. Barch:

This acknowledges receipt by the U. S. Department of Labor's Civil Rights Center (CRC), of your May 31st fax regarding the scope of CRC's investigation of your complaint filed against the State of Hawaii Department of Labor (DLIR) and Employment Security Appeals Referees Office (ESARO). You also wanted to know the statute of limitations for filing a law suit against DLIR and ESARO.

In your fax, you requested that CRC's investigation include all illegal acts allegedly committed by DLIR and ESARO against you resulting in damages to you. At the time that you filed your complaint with CRC, you alleged that DLIR and ESARO discriminated against you when you were denied a reasonable accommodation for your disability (generalized anxiety disorder) and retaliated against you for filing a complaint. These were the bases and issues accepted for investigation and affirmed in our letter of acceptance to you on August 15, 2002. Be assured that all claims accepted for investigation will be thoroughly investigated. In the acceptance letter, one date is listed respecting your claim, however, all timely incidents relevant to your claim will be considered in the investigation. Since the filing of your initial claim, you have presented CRC with other symptoms associated with your disability that were not factors at the time of your initial filing. You mentioned that these additional symptoms were caused due to the discriminatory treatment you received from DLIR and ESARO. However, in order for CRC to amend your existing complaint to include additional issues, you must allege specific facts that you believe to be discriminatory. Mere assertion that DLIR and ESRAO's continued discrimination against you through the UI process further aggravated your disability is insufficient.

With regard to your question as to when you can file a civil law suit, please be advised that you are free to file a civil law suit at anytime you believe that your rights have been violated. However, the applicability of the statute of limitation to your contemplated law suit is governed by the State in which you wish to file the law suit.

If you have any additional questions and or concerns, please contact Ms. Dorothy Perminter-Butler, the EOS assigned to your case, at (202) 693-6535.

Sincerely,

*Annabelle T. Lockhart*
ANNABELLE T. LOCKHART
Director
Civil Rights Center