IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JAMES A. BARCH, ) | CIVIL NO. 04-00712 SOM-BMK |
| Plaintiff, ) | |
| vs. ) | CERTIFICATE OF SERVICE |
| ) | |
| STATE OF HAWAII DEPARTMENT OF LABOR ) | |
| & INDUSTRIAL RELATIONS; ET AL., ) | |
| Defendants. ) | |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on or before June 5, 2006, a copy of the foregoing document will be served on the following at their last known address via United States mail, postage prepaid, as follows:

> CARON M. INAGAKI
> JOHN M. CREGOR, JR.
> Deputy Attorneys General
> Department of the Attorney
> General, State of Hawaii
> 425 Queen Street
> Honolulu, Hawaii 96813

Defendants' Attorneys

DATED: Los Gatos, California, May 30, 2006.

*James A. Barch*
JAMES A. BARCH
Plaintiff Pro Se

13