James A. Barch
Plaintiff Pro Se
16101 Escobar Avenue
Los Gatos, CA 95032
(408) 978-5727

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JAMES A. BARCH, | ) | CIVIL NO. 04-00712 SOM-BMK |
| Plaintiff, | ) | (Other Civil Action) |
| | ) | |
| vs. | ) | EXHIBIT "F" OF |
| | ) | PLAINTIFF'S OPPOSITION TO |
| STATE OF HAWAII DEPARTMENT OF LABOR | ) | DEFENDANT'S MOTION TO |
| & INDUSTRIAL RELATIONS; JOHN DOES 1-20 | ) | DISMISS COMPLAINT |
| JANE DOES 1-20; DOE GOVERNMENT | ) | |
| AGENCIES 1-20; DOE CORPORATIONS 1-20; | ) | |
| DOE PARTNERSHIPS 1-20; JOHN DOES 1-20; | ) | |
| JANE DOES 1-20; | ) | |
| Defendants. | ) | |

Hearing:

Date: July 3, 2006
Time: 9:00 A.M.(Hawaii Time)
Judge: Hon. Susan Oki Mollway

DATED: Los Gatos, California, June 5, 2006.

*James A. Barch*
JAMES A. BARCH
Plaintiff Pro Se