ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 1 3 2006

at \_\_\_ o'clock and \_\_\_ min. \_\_\_ M
SUE BEITIA, CLERK

James A. Barch
Plaintiff Pro Se
16101 Escobar Avenue
Los Gatos, CA 95032
(408) 978-5727

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JAMES A. BARCH, ) | CIVIL NO. 04-00712 SOM-BMK |
| Plaintiff, ) | (Other Civil Action) |
| ) | |
| vs. ) | PLAINTIFF'S ADDITIONAL |
| ) | INFORMATION FOR COURT |
| STATE OF HAWAII DEPARTMENT OF LABOR ) | HEARING ON JUNE 14, 2006; |
| & INDUSTRIAL RELATIONS; JOHN DOES 1-20 ) | EXHIBIT "A"; CERTIFICATE |
| JANE DOES 1-20; DOE GOVERNMENT ) | OF SERVICE |
| AGENCIES 1-20; DOE CORPORATIONS 1-20; ) | |
| DOE PARTNERSHIPS 1-20; JOHN DOES 1-20; ) | |
| JANE DOES 1-20; ) | |
| Defendants. ) | |

Hearing:

Date:   June 14, 2006

Time:   3:30 P.M.(Hawaii Time)

Judge:  Hon. Barry M. Kurren

DATED: Los Gatos, California, June 11, 2006.

*James A. Barch*
JAMES A. BARCH
Plaintiff Pro Se

PLAINTIFF'S ADDITIONAL INFORMATION
FOR COURT HEARING ON JUNE 14, 2006

Plaintiff Pro Se, James A. Barch, hereby requests this Honorable Court to consider, for the Court Hearing on June 14, 2006, the additional information provided in Exhibit "A" attached hereto.

In Plaintiff's letter to Judge Barry M. Kurren on May 18-19, 2006, which led to the scheduling of the upcoming Court Hearing on June 14, 2006, Plaintiff stated his "total disability" as one of the reasons for Plaintiff's needing and requesting time extensions for items # 5, 7, and 11a on Judge Kurren's Rule 16 Scheduling Order.

Plaintiff would like to make clear, for the Court's consideration at the Hearing on June 14, 2006, the overwhelming number, severity, and cumulative effects, of Plaintiff's total disability and incurable diseases that have prevented Plaintiff from meeting some of the due dates of Judge Kurren's Rule 16 Scheduling Order. Plaintiff believes that the additional information in Exhibit "A," attached hereto, will support Judge Kurren's granting Plaintiff's requested time extensions.

DATED: Los Gatos, California, June 11, 2006.

*James A. Barch*
JAMES A. BARCH
Plaintiff Pro Se