FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

JUN 1 4 2006

at _4_ o'clock and _30_ min _P_ M
SUE BEITIA, CLERK

| | |
|---|---|
| JAMES A. BARCH,<br><br>       Plaintiff,<br><br>    vs.<br><br>STATE OF HAWAII DEPARTMENT OF LABOR<br>& INDUSTRIAL RELATIONS; ET AL.,<br><br>       Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL NO. 04-00712 SOM-BMK<br><br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 11, 2006, a copy of the foregoing document was served on the following at their last known address via U. S. Express Mail, postage prepaid, as follows:

JOHN M. CREGOR, JR.

CARON M. INAGAKI

Deputy Attorneys General

Department of the Attorney

General, State of Hawaii

425 Queen Street

Honolulu, Hawaii 96813

Defendants' Attorneys

DATED: Los Gatos, California, June 11, 2006.

*James A. Barch*

JAMES A. BARCH

Plaintiff Pro Se