# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

06/29/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CV 04-00712SOM-BMK

CASE NAME:        James A. Barch v. State of Hawaii

ATTYS FOR PLA:    James A. Barch by phone

ATTYS FOR DEFT:   John M. Cregor by phone

INTERPRETER:

JUDGE:    Barry M. Kurren        REPORTER:    Chambers

DATE:     06/29/2006             TIME:        3:25 - 3:35

COURT ACTION:  EP: Status Conference Re Plaintiff's Letter Dated May 18 - 19, 2006 held.

Deadline to amend pleadings continued to 8-29-06.

Plaintiff's experts due date continued to 9-29-06.

Defendants' experts due date continued to 10-30-06.

Submitted by Richlyn Young, Courtroom Manager