James A. Barch

16101 Escobar Avenue

Los Gatos, CA 95032

(408) 978-5727

Plaintiff Pro Se

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 2 7 2006

at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JAMES A. BARCH, | ) CIVIL NO. 04-00712 SOM-BMK |
| Plaintiff, | ) (Other Civil Action) |
| | ) |
| vs. | ) |
| | ) |
| | ) PLAINTIFF'S SWORN STATEMENT |
| STATE OF HAWAII DEPARTMENT OF LABOR | ) OF HIS MEDICAL CONDITION; |
| & INDUSTRIAL RELATIONS; JOHN DOES 1-20 | ) EXHIBITS A-B; AND |
| JANE DOES 1-20; DOE GOVERNMENT | ) CERTIFICATE OF SERVICE |
| AGENCIES 1-20; DOE CORPORATIONS 1-20; | ) |
| DOE PARTNERSHIPS 1-20; JOHN DOES 1-20; | ) |
| JANE DOES 1-20; | ) |
| Defendants. | ) |

Hearing:

Date:   June 29, 2006

Time:   3:30 P.M. (Hawaii time)

Judge:  The Honorable Barry M. Kurren

## JAMES BARCH'S 156 STRESS-INJURIES, DISEASES, AND DISABILITIES

### (Updated as of June 15, 2006)

## I. Introduction

A) I hereby swear, under penalty of perjury, that all of the following statements are true.

B) These medical facts have been verified by the following independent, objective sources:

1) Blood tests, hearing tests, and numerous, various, other medical tests (as listed below).

2) Over 500 pages of my medical records for the past 7 years (from 1999 through 2006).

3) Examinations, diagnoses, treatments, and clinical opinions of nearly 30 independent doctors.

4) A thorough medical review by the U.S. Department of Education in 2005.

5) Two comprehensive medical reviews by the U.S. Social Security Administration in 2003 and 2000.

6) Two medical evaluations by the State of Hawaii Department of Human Services in 2000.

7) One medical waiver by the State of Hawaii Unemployment Insurance Division in 2000.

8) Multiple firsthand witnesses (my family, friends, and co-workers) who can testify (some have testified under oath, in transcripts) about my health before and after my disabilities.

9) Dated "before and after" photographs showing the drastic changes in my health, my appearance, and my functioning due to my stress-injuries, diseases, and disabilities.

C) Lastly, these medical facts are also supported by the following sources:

10) My own numerous, detailed, consistent testimony—under oath—in government documents.

11) Hundreds of pages of daily diary descriptions of my disabilities made during 1999 through 2002.

1

**II. My Health & Life Before & After My Stress-Injuries, Disabilities, and Diseases**

A) To understand my permanent total disability, you have to understand the quality of my health and life <u>before</u> I was disabled in 1999.  (I will limit this overview to 2½ pages.)

B) All of my life, I had been blessed with excellent overall health, easily in the top 10% of the population.

C) My only chronic health problems were periodic depression; periodic back pain; periodic foot pain; periodic, mild insomnia; mild prostatism; and mild sinusitis.  I had no job disabilities at all.

D) Thus, 99% of the following chronic and permanent stress-injuries, total disabilities, and diseases were inflicted upon me "abnormally" during the past 7½ years (between January 1999 and the present).

E) Before 1999, my normal personality and physiology were energetic, enthusiastic, and happily engaged in numerous life interests.  After 1999, I have had little or no energy, enthusiasm, or satisfaction in life. My life has become a painful, injurious struggle—and a constant, desperate need to seek medical care, governmental benefits, and legal compensation for my stress-injuries, total disabilities, and diseases.

F) Before 1999, I enjoyed satisfying and close relationships with my family and friends.  After 1999, I have suffered periodic, severe strains and distance from my family—and the painful loss of most of my friends (three were my "best friends" for 15 to 20 years)!  Thus, my dearest relationships have been lost or damaged.

G) Before 1999, I enjoyed having developed (and utilizing) a very high level of knowledge and skills in my daily work as a psychotherapist.  I also enjoyed the respect and camaraderie of my clients, co-workers, and supervisors—in daily and weekly (and oral and written) praise.  After 1999, I have lost all use of my professional knowledge and skills, lost all my relations with my professional (and general) community, and lost all of my sources of respect, praise,

2

and camaraderie (except for my family and two "pen-pals").  My professional and

interpersonal daily and weekly life has been devastated.

H)  Before 1999, I enjoyed having (and utilizing) a mind of very high intelligence and creativity at

school, work, and play.  My grade point averages in high school and graduate school were

3.5 and 3.9, respectively.  As an undergraduate at U.C. Santa Cruz, which did not use

grades, I earned College Honors overall and Highest Honors on my senior thesis.  I had

intense intellectual "hunger to learn," was a voracious reader, and had a personal library of

thousands of books.  I always had superb verbal talents in both speaking extemporaneously

and writing fluently—with a rich vocabulary and knowledge base, and meticulous logic.

After 1999, I have suffered serious cognitive dysfunctions and verbal difficulties.  I feel so ill

and tired all of the time that my intellectual "drive" and creative impulses have been terribly

diminished.  My eyes are blurry and pained, so I am not able to read very much anymore.

My word-recall, knowledge-based memory, and attention to detail are now impaired and

dysfunction frequently every day.  My thinking and speaking now are frequently difficult,

slow, halting, and occasionally flawed.  I am forced now to exert extra energy to constantly

monitor my thinking, feelings, words, and actions to make sure they are correct.

I)  Before 1999, I enjoyed having (and utilizing) a very high level of athletic abilities and

adventurousness.  Every single day for 35 years (1964 to 1999) my passion was being an

all-out athlete: I was the fastest runner in my school; the winner in a multi-school cross-

country race; I could run 10 miles in an hour; bicycle 25 miles in an hour; backpack over

12,000 feet high mountains to Machu Picchu; backpack to the top of Yosemite's Half Dome

twice; bench-press my body weight 20 times; do 20 pull-ups; etc.  After 1999, I have lost the

ability to do or enjoy any of my athletic abilities and interests.  I haven't run, biked, hiked,

bodysurfed, or lifted weights for 7¼ years!  I usually am too exhausted to even walk—but

when I do walk, I am hobbled by muscle and joint pain, and loss of range of motion.  I often

need to stop and rest every 10 or 20 minutes!  My life-long, first-rate level of physical health, fitness, and athletic life have been catastrophically destroyed and wrongfully taken from me.

J) Before 1999, I was so mentally, emotionally, and physically healthy, strong, energetic, and "on top of" my life that I was able to move 2,500 miles away from all of my family and friends to pursue my lifelong dreams of living in Hawaii.  After 1999, I have been so severely, permanently, and totally disabled that I have been housebound 90% of the past 6¾ years; I have lost most of my freedom and independence; I have been forced to move away from my dream of living in Hawaii to be back near my family's support; I am totally dependent on my family and the government, financially and medically.  I have lost my abilities to: do my profession, to work any job, to earn a livable income; to sustain dating, or to marry, or to maintain a good marriage; or to enjoy my previous athletic, intellectual, cultural, and social activities.  I have even lost the energy and ability to keep up a livable apartment with consistently clean dishes, clean floors, clean rooms, clean laundry, and organized papers. All of my days are disabled—and very little gets done daily.

K) Before 1999, nearly every aspect of my daily living was healthy, happy, and high-achieving. But after 1999, my stress-injuries, disabilities, and diseases have made every aspect of my daily living dysfunctional, difficult, distressing--and seem barely worth living!  It is physically and mentally painful to unjustly lose my health, happiness, and free life—and to become afflicted with an overwhelming number of permanent, worsening diseases and disabilities.

## III. My Current 156 Stress-Injuries, Disabilities, Diseases, and Symptoms

1) **Auto-Immune Disease**:  My immune system is apparently attacking and inflaming my body and brain.  It is chronic, permanent, progressive, and incurable.  There is no question at all that I suffer all of these disease symptoms, which are characteristic of auto-immune diseases like Sjogren's Syndrome, Inner Ear Disease, Fibromyalgia, and Chronic Fatigue

4

Syndrome. What still has to be determined definitively are my exact diagnoses and whether my disease syndromes are localized or systemic. After 6¾ years, and 30 doctors, I am *still* trying to find the many kinds of medical specialists that my many illnesses require—who have specific expertise and extensive experience in my kinds of auto-immune diseases—to provide me with definitive diagnoses and the most effective medical care for my permanent disabilities.

2) Probable **Sjogren's Syndrome**, including:

3) Abnormally high levels of Sjogren's anti-bodies in three different blood tests by three different doctors in 2002 and 2003. [In 2004, a biopsy and two blood tests for Sjogren's were negative—but the detection of Sjogren's antigens may have been suppressed by my medically needing to take very high doses of two prescribed drugs to suppress my immune-response for several weeks before (and during) these last three tests. I will be tested again in the months ahead, when I am no longer taking these medications. However, I have read that it is very common in Sjogren's Syndrome and other auto-immune diseases for "many medical tests to show up normal" when auto-immune diseases do in fact exist. One doctor also told me that a positive test of Sjogren's is confirming (I've had 3 positive tests)—but that a negative test is *not* disconfirming. Blood-test detection of Sjogren's antigens clearly fluctuates due to changing extraneous factors. Therefore, what is more stable and reliable than any single test in making a diagnosis of auto-immune disease is the history of onset and the syndrome profile—and the constant presence of my many disabling symptoms. All these factors match the signs and syndromes of Sjogren's Syndrome, auto-immune disease in general, and the specific disorders that I am naming and describing in this list of my stress-injuries, diseases, and total disabilities.]

4) Two different **diseases of the retinas** in both of my eyes. These two retinal diseases have gone into remission at present, but are not cured or permanently gone. One of my retinal diseases is being caused by my auto-immune diseases, and my other retinal disease is

being caused by the many medicines I am forced to take daily to control my auto-immune diseases. My eye specialist has recommended that I undergo monthly to quarterly "blood-cleaning" for the rest of my life, in order to preserve my eyesight. Unfortunately, I am too traumatized by the Defendants to be able to psychologically or physically endure this risky and uncomfortable treatment every month for life. My Post-Traumatic Stress Disorder will require months of psychotherapy before I can do this recommended treatment of my blood for the sake of my eyes.

5) **Cataracts**. Beginning to form; caused by the Prednisone I must take to control my eye and ear diseases -- and caused by the diabetes that my taking Prednisone also caused.

6) **Dry mouth**, **dry throat**, and "scratchy coughing". (My body now is producing less than healthy levels of body fluids. This has adversely affected my eyes, mouth, throat, stomach, and joints. One doctor told me that it has "adverse long-term implications" for every cell in my body, and thus for my other body parts (e.g., my heart, kidneys, liver, bones, etc.).

7) Excessive thirst (especially during periods of acute stress and fatigue).

8) Unpleasant changes in smell and taste (similar to burnt metal).

9) **Dry Eye Syndrome**: Little or no tears lubricating eyes. (My tear ducts are medically plugged permanently now to try to retain moisture in my eyes).

10) Burning and irritation (Even with use of artificial tears—8 to 18 times per day!—depending on stress).

11) Increasingly blood-shot, extended, and progressively worsening dilated capillaries of both eyes. (At times, both eyes were "smeared" with blood.)

12) Hypersensitivity to sunlight and indoor lighting.

13) Perceived "loss" of light (or "dimming" of perceived light) when my eyes are fatigued by reading.

14) Floaters: lots of "black spots"—some very big and dark; some opaque and blurry; all very distracting and obstructive to my trying to see—and they get more numerous with stress, upset, or fatigue.

15) Flashes: especially from chronic stress, emotional upset, fatigue, or exhaustion.

16) Temporary blindness in center of both eyes, along with migraine headache and flashes.

17) Right eye (which used to be my strongest) is the main focus of stress and eye strain, and has suffered the worst deterioration and blurriness due to chronic and acute stress.

18) Increasingly blurry near-vision with or without glasses, and with or without reading. (I still see 20/20 "technically" – but now my vision is extremely blurry and I have to *guess* at the test.)

19) Immediate eye strain from reading (progressive worsening from no need for glasses to +2.00 glasses).

20) Intense eye pain on top center of right eye if I read more than 1 to 2 hours at a time.

21) Eye pain on all sides of right eyeball (top, bottom, right, left) if I read for more than 2 to 3 hours.

22) Numbness of entire eyeballs (especially right eye) from reading more than 3 hours.

23) If I read too long at night, my eyes are still numb even after 8 hours of sleep.

24) Periodic Total **Body Neuralgia** (when under severe stress, emotional upset, or exhaustion), including:

25) "Pins and needles" tingling nerve pain in one or more sectors of my entire body.

26) "Burning and itching" nerve pain in one or more sectors of my entire body.

27) "Sharp or dull" nerve pain or pressure in one or more sectors of my entire body.

28) **Migraine headaches**: severe pain in my eyes and entire head (from stress, upset, or exhaustion).

29) Even between episodes of migraine headaches, my head aches, and my eyes and brain actually feel inflamed, swollen, raw, and tender.

30) I also often feel mild to moderate nausea, dizziness, and "head-swimming" sensations.

[Please note: <u>The New York Times</u> reported, on 1-28-04, a new medical study in the current issue of <u>The Journal of the American Medical Association</u> that found that some patients who suffer both migraine headaches and visual problems (like I do) have a much worse risk of suffering a cerebral infarction (a stroke) that is *13 times higher* than people who do not suffer migraine headaches. The dual-diagnosis patients (like me) may be suffering a chronic symptom that "can be a symptom of progressive brain-damaging disease"—not "merely" a passing "episode" that is painful and debilitating. I think I have reason to be concerned about my future health (as well as my current illnesses) because I am suffering multiple physical and cognitive health problems that match people who are at higher risk for stroke, dementia, heart disease, heart attack, progressive auto-immune diseases, prostate cancer, and possibly deafness and diabetes, etc.—as you will see from reading and researching this list.]

31) **Inner Ear Disease**—apparently Auto-Immune Disease-caused because immediately following a long period of severe, chronic stress (culminating in my state court hearing in September 2003), my Sjogren's Syndrome symptoms worsened acutely and I suffered:

32) Sudden **Hearing Loss** (about 52% loss in left ear; 36% loss in right). This loss interferes significantly with my trying to hear normal conversations, phone conversations, TV, videos, movies, plays, music, nature sounds, and ordinary life. Sometimes I misinterpret sounds I hear, and thereby fail to do what I need to do in response to the meaning of the sounds. I will have to wear two hearing aids for the rest of my life.

33) Severe **Tinnitus** in both ears (And—twice—very frightening, unbearably constant, "explosive" tones.) Constant loud ringing, hissing, and "horn" sounds in numerous tones; metallic crinkling noises; and occasional short, very loud "blasts" of sound. Worse with anxiety, stress, upset, and fatigue. Worse from listening, speaking, or eating. Worse from loud voices or noises. Has progressively worsened. Never stops. Incurable. Permanent.

Maddening. Often nearly intolerable. Consumes much mental, emotional, and physical energy to "try" to ignore uncomfortable, sometimes painfully-pressured, loud noises in both ears (and in my brain) constantly for the rest of my life. There are now so many strange and loud noises in my ears and brain that sometimes I get anxious or even scared because I can't tell if the noises are outside in the world (and I can't tell where or what they are), or inside my ears and brain (and therefore maybe a sign that my auto-immune and/or inner ear disease is getting worse).

34) Severe **Hyperacusis.** Although I can't hear soft sounds, like parts of conversation— ordinary, unavoidable loud sounds *hurt* my ears badly: loud voices, TV, movies, music, dishes, doors, washing machines, cars, trucks, motorcycles, scooters, planes, helicopters, lawnmowers, leaf-blowers, sirens. Even walking on soft grass (for exercise) makes my ears "clank" loudly and uncomfortably with every step. Both sounds and physical impact make my tinnitus become louder for hours afterward. My ears are now painfully "unfit" for everyday sounds in the world and activities of life—for the rest of my life. Since 12-3-03, I have been forced to constantly insert thick ear plugs or paper wads into my ears to reduce the pain of voices and noises—and then to remove them every time I can't hear conversation.

35) Causes mild-to-painfully severe strains in my relations (with family, friends, doctors, nurses, community members) as I sometimes get upset and angry when my family (or others) repeatedly hurt my ears because they "forget"—even seconds after I remind them. It is very hard on me (and on others) to stop or change what I and they normally do "just because" ordinary loud sounds hurt my ears painfully.

36) Causes me increasing estrangement, exclusion, and isolation from my family, friends, and community. I'm becoming increasingly "cut off" and "imprisoned" in my disabled, pain-afflicted body and brain.

37) Further medical evidence that I am suffering Auto-Immune Inner Ear Disease:

My rapid and severe hearing loss, tinnitus, and hyperacusis "medical crisis" in December 2003 was stabilized by high doses (60 mg/day) of Prednisone by February 2004. Prednisone is a powerful steroid that suppresses the immune system's mistaken attacks on one's own body.  However, Prednisone itself causes diabetes, high cholesterol, cataracts, glaucoma, bleeding ulcers, cancer, etc. if taken for too long.  Therefore, my doctors advised me to taper off of Prednisone in March 2004.  Within just two weeks after being off Prednisone, my hearing loss, tinnitus, and hyperacusis worsened rapidly and severely. The immediate increase in symptoms that followed going off Prednisone--even briefly--proved that this auto-immune inner ear disease is relentless and progressively attacking my body. Likewise, the immediate relief I gained from resuming Prednisone at 60 mg/day proves that the steroid was suppressing an anti-immune disease.   As a result, I have been taking Prednisone ever since December 2003, i.e., for 2½ years – but at the cost of suffering increasingly adverse side-effects, such as diabetes, high cholesterol, and cataracts.

38) Additional medical evidence that I am suffering Auto-Immune Inner Ear Disease is that my tinnitus was temporarily reduced by (very painful) injections of Prednisone in my ears.

39) My word recognition on my 3-26-04 hearing tests fell in my left ear to 48% (a loss of 52% of my hearing in my left ear), and fell in my right ear to 64% (a loss of 36% of my hearing in my right ear).  Also, both ears developed much worse "distortion" in what I do hear (that is, words and sounds I need to recognize sound "metallically garbled" to me).  Similarly, the "metallic clanking" sounds of my hyperacusis are much louder and uncomfortable now.  And the "ringing, hissing, clanging, and tones" of my tinnitus are so loud at times that I often feel severely oppressed by these inescapable, loud noises.

40) This is an incurable, unrelenting, progressive disease of my inner ears.  I am 52 years old, so my ears will be deteriorating for another 20 or 30 years, if I survive my natural life span.

Thus, the medical prognosis (for my ears alone) during the rest of my life is very bleak—even terrifying.

41) As stated above, the fact that my hearing symptoms stabilized (twice) after high doses of Prednisone—and deteriorated rapidly after I stopped taking Prednisone—are three related facts that strongly indicate that my hearing symptoms are manifesting the cause (and the course) of Auto-Immune Inner Ear Disease. The significance of my having Auto-Immune Diseases is that:

A) These diseases are medically known to be caused (and worsened) by acute and chronic stresses (such as I have suffered for the past 7½ years, during which these diseases first began appearing in me);

B) These diseases are incurable, lifelong, and progressively worsening;

C) Given these medical facts about auto-immune diseases (and given the related facts of my entire medical disabilities list), it is clear that I am Permanently Totally Disabled; and

D) Given the medical history of the onset and progression of my Permanent Total Disabilities, it is clear that further acute and chronic stresses will continue the proven pattern of the past 7½ years -- where further stress causes me to become sicker, more disabled, and to suffer ever more pain.

42) **Chronic Fatigue Immune Dysfunction Syndrome (Myalgic Encephalomyelitis)**, including:

43) I *always* feel tired, ill, and achy. I *never* have my pre-disabled, healthy energy and good feelings.

44) I feel exhausted or "burned out" very quickly, easily, and deeply by the slightest, unavoidable, normal exertions of daily living (e.g., showering, walking, washing dishes, grocery shopping, etc.).

45) I quickly feel exhausted, emotionally and physically, from the slightest stress or emotional upsets of ordinary daily living and interpersonal relations (due to 7½ years of being

chronically and acutely abused by people with power over me, resulting in my being afflicted with Post-Traumatic Stress Disorder).

46) I have little or no physical, mental, or emotional energy, endurance, strength, or resilience now.

47) Now, whenever I am forced to exert or rush to meet a requirement or deadline, the effort makes me completely debilitated for several days (and sometimes for several weeks) afterwards.

48) Sometimes my anxiety and agitation make me appear "energetic," but soon I am exhausted.

49) I have to lie down and rest frequently throughout *every* day. On days that I have enough strength to walk slowly for ½ to 1 hour, I have to bend over or sit down to catch my breath every 10 to 20 minutes.

50) Stress and fatigue often result in my feeling "very ill"—like I have the "flu" when I don't have the flu. I feel drowsy, slightly feverish, headache, body ache, often with a sore throat and ear ache.

51) Multiple, severe **Sleep Disorders** (for the past 7½ years), including:

52) Severe, Chronic Sleep Disorders and Sleep Deprivation—combined with Severe, Chronic Stress—(suffered for 7½ years). This combination is known to cause (and worsen) auto-immune diseases.

53) 100% reversed Circadian Cycle (not falling asleep until 6am to noon; not rising until noon to 8pm!) To my deep regret, many of my days have begun and ended in darkness, never seeing sunlight! 90% of my life for the last 6¾ years has been shut-in, not going outside.

54) Difficulty maintaining sleep: Severely fragmented sleep, with numerous awakenings every night.

55) Fundamental disturbance of the sleep stages, cycles, and brain rhythms that are vital to brain and body restoration and healthy functioning—physically, cognitively, emotionally, interpersonally.

56) Non-restorative sleep: now, sleep removes a degree of fatigue and pain—but when I awake, I still feel tired, achy, depressed, lethargic, physically weak, and lacking energy and interest in living.

57) Excessive sleepiness during most every day worsens most of my other disabilities (e.g., difficulties in concentrating, in remembering, in following through with plans, in getting things done, in being on schedule, in thinking and speaking, in depression, in anxiety, in excessively irritable or even angry reactions to frustrations and stress, and so on).

58) Due to insomnia, I am often only able to sleep 4 to 6 hours.  But when my sleep deprivation reaches a breaking point, I suffer Hypersomnia, and commonly sleep from 12 to 24 hours straight.

59) As a result of my severely disordered sleep times, durations, and deprivation, I am unable to plan, control, or predict how I will function or feel the very next day (or during the upcoming week).

60) Hundreds of days in the past 6¾ years have been severely disrupted or completely "lost" due to my sleeping terribly, rising late in the day, and feeling awful (physically, emotionally, and mentally).

61) Plans I've made to get things done—or to meet with doctors, family, or friends—have been missed or cancelled—with little or no notice—because of my disordered sleep (and/or my other symptoms).

62) My sleep disorders (along with my many other disability symptoms) have aggravated stress within myself and for others I care about, and have strained my interpersonal relations unnecessarily.

63) My sleep disorders (along with my many other disability symptoms) have caused (and are continually causing) me clinically significant stress, anxiety, and depression over the severe disabling (or complete loss) of my functioning in occupational, social, athletic, and basic maintenance, aspects of daily living.

64) Starting in March 2004, my sleep became painfully chaotic. I often was able to sleep only two hours every two days. I was forced to cancel several meetings with my family and friends because I felt so awful. I missed 3 important doctor visits in 3 weeks because my severe sleep deprivation caused me to oversleep (by 5 hours!) – and because my hearing loss prevented me from hearing my alarm clock (set very loud). In desperation, I got an All-Night Comprehensive Sleep Test on March 28, 2004. I then got tested on 4-24-04 for a lifelong sleeping mask. But I have been so ill and physically and mentally disabled that I have not been able to set it up and use it – even after 2¼ years!

65) I suffer **Obstructive Sleep Apnea Syndrome (Severe)**. My air intake is blocked frequently during sleep. (During about 5½ hours sleep, I suffered 53 full air-blocks and 174 partial air-blocks). As a result, my brain oxygen falls just below the lowest end of the normal range. To protect myself from brain-or-heart damage due to lack of oxygen, my brain rouses itself from sleep 48 times every 60 minutes! (My brain Arousal Index is 71 times per hour, in contrast with 0 to 5 times per hour for normal sleepers.) This high frequency of awakenings "fragments" my sleep, and prevents me from achieving sufficient sleep in the most restful deep sleep stages. I only got 3.7% in Stages 3 & 4 (when 20-25% is normal). And I only got 9.8% in REM sleep (when 20-25% is normal).

66) I suffer **Loud Snoring**, which is part of my breathing difficulties while sleeping.

67) I suffer **Periodic Limb Movements in Sleep (Severe)**, which is part of my sleep disorders, and prevents me from achieving restful sleep. My limb movements in sleep were 58 per hour in contrast with 0 to 5 per hour in normal sleepers.

68) I suffer **Delayed Sleep Phase Syndrome**. My frequent breathing apneas and brain arousals caused me to be delayed for 86.5% of my sleep in Stages 1 & 2 (55% is normal), and to reach Stages 3, 4, & REM in only 13.5% of my sleep (45% is normal).

69) I also suffer **Insomnia**. At the test, it required 3 to 4 hours (and 2 doses of sleep medication) for me to fall asleep for 5½ hours. At home, it takes me anywhere from 1 to 12

hours of insomnia to sleep for 2 to 6 hours. (I can't take sleep medications now, due to my severe breathing difficulties during sleep.)

70) My Obstructive Sleep Apnea Syndrome is so severe that I will be forced to wear a breathing mask for the rest of my life--which can cause pain to the nose, mouth, and throat. A less life-long treatment option is surgery—but surgery has its own varying rates of success, side-effects, and risks, including severe throat pain, nasal-sounding speech, and regurgitation of liquids into the nose when swallowing). None of my disabilities have total cures. Most treatments have only partial remedies, with adverse side-effects.

71) My Periodic Limb Movements in Sleep is so severe that it will require further evaluation and treatment.

72) **Post-Traumatic Stress Disorder** (from 7 years of abuse of my mind, body, legal and civil rights). Including:

73) Experiencing actual, serious, constant injuries to my mind and body by abusive authorities with power over me for 7 years (and as a result, suffering painful, permanent disabilities and incurable diseases)!

74) Enduring 7 years of acute and chronic experiences of injustice, stress, anxiety, fear, frustration, anger, helplessness, depression, injury, pain, suffering, exhaustion, and worsening injuries and illnesses.

75) Recurrent and intrusive distressing recollections of abuses, injustices, and injuries to me—including thoughts, emotions, images, and current perceptions—that have resulted in the permanent, total disability of my health, daily functioning, relations, and life dreams.

76) Recurrent distressing dreams based on actual abusive and threatening mistreatment of me.

77) Reliving thoughts, feelings, and images of abusive events as being recurring or continuing.

78) Intense psychological distress in response to inner or outer cues that resemble aspects of the original traumatic injuries, abuses, and injustices (e.g., anxiety, anger, rage, depression, suicidal feelings).

79) Intense physiological distress in response to inner or outer cues that resemble aspects of the original traumatic stresses (e.g., stress-reactions of elevated heart-rate, breathing, adrenaline, agitation, tension, muscle spasms and painful muscle "knots" in neck/shoulders/back, migraines, and eye pain).

80) Persistent aversion and avoidance (against my own interests, will, and efforts!) of life activities and urgent tasks that are associated with my traumatic injuries.  Plus, a generalized numbing and marked diminishment of my responsiveness to life demands and desires (not present before my traumas).  These general symptoms are manifested by the following specific symptoms:

81) Behaviors to avoid (or inability to engage in) activities, places, or people that evoke painful memories of my traumas. (A consistent, persistent problem for me from October 1999 to the ongoing present.)

82) Behaviors to avoid (or inability to engage in) thinking, feeling, or writing reports about my traumas.  (Also a consistent, persistent problem for me from October 1999 to the ongoing present—especially when aggravated by the stresses of time deadlines and government evaluators.)

83) Markedly diminished interest and/or participation in activities that I used to be interested and active in.

84) Feelings of detachment and/or estrangement from others (family, friends, community, and humanity).

85) Newly (and very unwanted!) restricted range of emotions (e.g., marked diminishment of romantic love and sexual interest; and of social, career, athletic, and *every one* of my previous life interests and involvements).

86) Crushing sense of a devastated future.  (With an incurable auto-immune disease, total disability, and *so many* painful, debilitating symptoms, I do not see how I can ever again enjoy a normal life of health, happiness, energy, athletic adventures, family, friends, dating,

marriage, career, even basically adequate or secure finances, solo travel, reading, music, movies, TV, etc. I think it is probable, even inevitable, that I will suffer chronic illnesses, chronic pain, increasing isolation and alienation, increasingly shrunken life experiences, increasing diseases and malfunctioning of my body and mind, and premature death.

[Please note: I have to stop here for now because my ears and brain are "<u>roaring</u>" from severely loud tinnitus—that hasn't relented even after an hour break! My tinnitus is <u>always aggravated by distress</u>— mental, emotional, and physiological—<u>especially</u> by thinking, feeling, and talking about, (or typing up) these terrible facts of my unjustly disabled and devastated health and life.]

87) Persistent symptoms of increased arousal (not present before my traumas), manifested by:

88) Difficulty falling and/or staying asleep. (Part of PTSD, but see Sleep Disorders details listed above.)

89) Irritability and/or outbursts of anger. (Because of my being traumatically abused so badly, so many times, for 7 years, I have lost my previous patience with others, and my previous tolerance for pain, mistreatment, or unfairness. Now, to my own dismay, I often overreact quickly and excessively with irritability and anger at perceived abusers, injustices, and injuries—or just aggravations. This symptom particularly has strained my relations with others, and aggravates my auto-immune disease.

90) Difficulty concentrating. (Part of PTSD, but also see Multiple Higher Cognitive Dysfunctions below.)

91) Hypervigilance. (e.g., visually scanning my surroundings; being alert for sounds and signs of threat; not answering my door or phone; excessive physical and emotional arousal; difficulty relaxing; chronic fatigue; etc.)

92) Exaggerated startle response.  (e.g., "jumping" at knocks on my door; waking from street sounds.)

93) Feelings of loss of security, estrangement, alienation, bitterness, resentment, and disengagement from people, business, and government that I used to trust and believe in.

94) The above PTSD symptoms never existed for me before my traumatic stresses and injuries from 1999 to the present.  For 6¾ years, these PTSD symptoms have disabled me in every single aspect of my daily living: physical, mental, emotional, behavioral, social, occupational, recreational, and so on.

95) **Chronic** (for 6¾ years), **severe Major Depression**, including:

96) Depressed mood most of the day, nearly every day. (E.g., feeling sad, feeling in pain, being prone to tears or anguished crying, feeling empty, feeling that life holds no justice, satisfaction, or full recovery).

97) Markedly diminished interest or pleasure in almost all activities most of the day, nearly every day.

98) Unhealthy and unwanted withdrawal from previous life activities and need-fulfillments (e.g., for 6¾ years, I have suffered an extreme, chronic decrease—or complete loss—in my daily contact with the outside world, my career, family, friends, dating, community, nature, athletics, books, news, TV, everything.)

99) Significant changes in body weight.  At first, I rapidly lost over 7% of my normal body weight (-10 lbs. from 135 lbs.).  Thereafter, I steadily gained 35% over my healthy body weight (+47 lbs. to 182 lbs.).  That's a gain of over 1/3 additional body (weight).

100) Insomnia and/or hypersomnia nearly every day (part of Major Depression; see Sleep Disorders details).

101) Fatigue and/or loss of energy nearly every day.  [This symptom goes far beyond Major Depression or Sleep Disorders.  It is part of my more extensive symptoms that match auto-

immune diseases like Chronic Fatigue Syndrome and Fibromyalgia. See Chronic Fatigue

Immune Dysfunction Syndrome (Myalgic Encephalomyelitis), described above.]

102) Agitation and/or marked slowing of thought, speech, perception, and movement nearly every

day.

103) Diminished ability to think, concentrate, or to make decisions nearly every day.

104) Recurrent thoughts of death, and/or suicidal ideation, with or without specific plans.

105) Resulting severe impairment in occupational, social, recreational, and basic daily areas of

functioning.

106) **Multiple Higher Cognitive Dysfunctions**, including:

107) Short–term **Memory Dysfunctions**

    A) I walked off without my coat, all my keys, and all my money! (Lucky for me, an honest

       stranger chased after me, through a crowd, to return my valuables to me)!

    B) I have forgotten to turn off my car lights so many times that I killed a new car battery,

       missed a valued doctor's appointment, and had to buy a new car battery, when I have

       very little money.

    C) I have frequently lost my memory of place and direction over routes in my vicinity and

       neighborhood that I have traveled my entire life.

    D) I increasingly fail to remember things I need to do, and where I left my belongings—with

       frustrating consequences to me and people I care about.

    E) I increasingly forget things I was thinking (or intending to do or say) just the previous

       moment.

    F) I increasingly forget words and names, which has harmed my impressions on others

       when I converse, and the emotional reactions I get now in my interpersonal relations.

    G) I had a long discussion with a librarian over a matter that I had no memory of (from only

       a few weeks before).

108) **Attention Dysfunctions**:

A) In 2000, I accidentally started my first fire, on my apartment stove, from a lapse of attention to details.

B) I increasingly kick or bump into furniture and walls, and trip on things on floors, when I have been highly attentive and coordinated my entire life.

C) I increasingly make mistakes in typing (omitting letters and words I thought I typed, or not noticing misspellings) when all my life I have taken pride in my attention to details.

109) **Concentration** and **Comprehension Dysfunctions**:

A) I often have difficulty concentrating and comprehending what I read.

B) I often experience confusion, difficulty, and delays in comprehending information that I hear others (or even hear myself!) speaking.

C) I have experienced obsessive-compulsive "round-about" and repetitive speaking by myself—due my difficulty in comprehending that my listener has understood me the first time, and due to my difficulty in assimilating the ideas that I have already just expressed.

D) I sometimes stare for a long time, trying to focus my thinking on what I need to do next, regarding daily routines and sequences of actions that I've done automatically my entire life.

110) **Thinking** and **Speaking Dysfunctions**:

A) I now experience frequent bouts of difficult, slow, halting, thinking and speaking (when I have enjoyed easy, quick, and fluent thought and speech all my life).

B) I have increasingly begun to make significant misstatements of words and ideas other than what I intend to say, which has made me look stupid and uninformed, and made my family look at me with less respect and esteem for my former knowledge, intellect, reasoning, and articulateness in conversations.

111) **Balance and Bodily Coordination Dysfunctions**:

A) I often lose my footing and balance, when I've been athletically agile my entire life.

B) I have increasingly lost dexterity in both of my hands in picking up small objects.

C) I sometimes spill glasses of water or milk, and vials of pills, when I never did before.

D) I have increasingly been losing hold of objects and dropping them, which I rarely did before.

E) I frequently choke on my saliva, drink, and food, which rarely occurred before my disabilities.

112) My doctors and books on Auto-Immune Diseases tell me that these cognitive symptoms are typical and common to Auto-Immune Diseases—and are not due to just the normal aging process.

113) These cognitive dysfunctions have sometimes felt more frightening and upsetting to me than my serious, numerous physical, emotional, and behavioral injuries, illnesses, and disabilities—because my mind and (my ability to function mentally) is the most essential part of "*me*," to myself, to my daily living, and to my relationships with others.

114) **Eating Disorders**, including:

115) For long periods of the past 7½ years, chronic stress that was severely painful and deeply corrosive caused my eating to change from lifelong healthy foods to almost entirely unhealthy junk foods.

116) During this same time period, and due to this same chronic stress, I have suffered unwanted and unhealthy compulsive overeating and eating binges of unusual amounts of food. I have at times suffered a frightening feeling that I cannot stop eating, and cannot control what foods I eat or how much I eat. My overeating has been driven compulsively by a psychological urgency to alleviate the pain of acute and chronic stresses, and to fill the painful emptiness and total lack of fulfillment in my life that has resulted from my losing almost everything in my life that previously made me feel emotionally fulfilled.

117) My waist and stomach circumference jumped from a 30-year stable measurement of 32 inches in 1999 to 40 inches by 2002 and thereafter—a painful, scary ballooning of 8 inches! My stomach became so bloated that I looked fully pregnant! I feared I would need to be hospitalized to stop overeating.

118) My weight jumped from a 30-year stable level of 135 lbs. in 1999 to 172 lbs. by 2004—an unwanted, unhealthy weight gain of a 37 lbs.  Now, in 2006, I weigh 182, and am trying to lose 47 lbs. -- but I no longer have my pre-disabled strength, energy, endurance, or "spirit" to exercise, and I suffer muscle and joint pain, and lost range of motion.

119) My cholesterol jumped from a 30-year stable level of under-195 in 1999 to <u>367</u>(!) in 2004—an unhealthy, dangerous jump of over 170 points.  Mostly due to Prednisone, but also due to 7½ years of unhealthy levels of fat and cholesterol (and almost no exercise).  All increase my risk of heart disease, heart attack, and stroke, adding to my possible 13-times increased risk of suffering a stroke from my combination of migraine headaches & 22 visual problems.

120) To try to prevent heart disease, heart attack, stroke, etc.—and to control my auto-immune disease symptoms from worsening—I urgently need to reduce my weight and cholesterol to healthy levels.  I am now forced to severely restrict my food choices, amounts, and calories for the rest of my life.

[Update:  Since January 20, 2004, I have been taking statin medicines to lower my cholesterol level from 367 to 182!  I feel very relieved by this improvement.  Now I need to prevent a relapse by slowly and steadily achieving many complex changes to re-establish my pre-disabled healthy habits in every aspect of my daily living (especially diet, exercise, sleep, stress-reduction, etc.).  This massive change "project" will require an enormous amount of time, attention, and effort (that I will not obtain for many months) if I am to succeed in slowing or reversing the past 7½ years' trend of getting sicker and sicker.]

121) **Unwanted, unhealthy changes in my physical condition and appearance** (due to 7½ years of acute and chronic stresses—which keep getting worse with ongoing stress), including:

122) My face, belly, and rump have become fat, bloated, and dumpy.

123) My face has suffered very unwanted, accelerated aging, and distortions to my usual appearance.

124) My eyes look blood-shot, "glassy," and "alcoholic" even though I don't drink;

125) My eyelids have become puffy and sagging;

126) The sides of my eyes have deep "crow's feet" wrinkles; The skin under my eyes often looks puffy, sagging, and haggard;

127) My cheeks are fattened, fuller, heavier;

128) The skin under my chin is fattened with "jowls";

129) My forehead, the brow over my nose, and my entire face have suffered very rapid, extensive, and in some places, very deep wrinkling.

130) My skin has changed from having healthy moisture and smoothness. From stress, it has become unusually oily on my face—with the first boils in my life, resulting in unhealable "pittting and scarring" of my face.

131) The rest of my body's skin is dry, itchy, and prone to skin rashes—with an unusual, permanent red skin discoloration 360 degrees around my neck.

132) My scalp has also become unusually dry, itchy, and prone to unusual skin growths.

133) My hair has become very dry, brittle, and grayed--and has lost its previous luster and nice texture.

134) From chronic and acute stress, I have suffered steady, major hair loss and hair thinning down the center of my head, from my forehead to a large bald spot on top of my head.

135) My previous 30-years of daily "all-out" athletics and exercises gave me excellent muscle tone, strength, flexibility, coordination, endurance, speed, and agility—not just in sports, but in everyday physical movements and exertions (from lifting heavy objects to running across busy traffic). After7½ years of chronic stresses and disabilities, I have lost all of my previous 30-years development of my excellent muscle tone, strength, flexibility, coordination,

endurance, speed, and agility. I feel very unhappy that now my athlete's body is hobbled by widespread muscle and joint pain, flabby, bloated, atrophied, extremely tight and inflexible, weak, "winded", fatigued, slow, clumsy, and dumpy. In sum, my body does not look, feel, or function like "*me*" anymore!

136) Due to 7½ years of acute and chronic stresses, near-total loss of exercise, and other stress symptoms listed above, I suffer chronic (and at times acute) muscle tension, spasms and painful "knots" in my neck, shoulder, back, and hip muscles. Massage therapists have often told me "It's pretty bad."

137) Due to 7½ years of acute and chronic stresses (and due to suffering 156 stress injuries, illnesses, diseases, and disabilities)—I have developed the unwanted, unhealthy, unconscious habit of **grinding and clenching my teeth** for long periods of time. So, along with the many other unwanted treatments and mechanical attachments that my stress injuries have encumbered (or will encumber) me with (e.g., sleeping with a machine and wearing 2 hearing aids for the rest of my life, numerous daily medicines and frequent eye drops, eyeglasses, countless visits to doctors and pharmacies, and many new home treatments), I will probably need to wear a teeth-guard.

138) **Urology health problems** (that are worsened and endangered by acute and chronic stresses):

139) Dangerously high PSA, plus dangerously low free-PSA (the combination, and ratio, of which puts me in a much higher risk group for developing prostate cancer).

140) Inflammation and irritation (with discomfort and pain) in my prostate, urethra, and my bladder.

141) Frequent need to urinate, and difficulties urinating (which contributes to my fragmented sleep).

142) **Gastrointestinal health problems**, including:

143) Stomach irritation and pain from stress (now compounded by the numerous medicine combinations I am forced to consume every day to control my diseases and disabilities).

144) Recently developed indigestion and acid reflux (due to my many required medicines).

145) **Self-Esteem injuries, pain, and disabilities**, including:

146) I feel very depressed, embarrassed, grief-burdened, and insecure about myself due to these unwanted changes in how I look to myself and to others; how others evaluate me and respond to me with these changes in my appearance; and how I feel "in my body" when I move, or even when I am still. An ex-girlfriend of mine told me "It was very hard for me to see you looking the way you do now." (Apparently she felt so bad to see me as I am now that she stopped seeing me entirely a couple of years ago.) I look awful; I feel terrible; and my relationships with others (and with myself) have been seriously harmed or lost entirely— for the past 7½ years, and for the foreseeable future.

147) My self-image, self-concept, self-worth, and self-confidence have also been severely damaged by *all* of the above negative changes in myself and my life: not only changing from healthy to ill, from super-athletic to totally-disabled, from attractive to unattractive – but also changing from a highly capable professional to a badly disabled person; from enjoying an enthusiastic, energetic life to suffering a depressed, chronically fatigued "just existing"; and changing from being able to function well in every single aspect of my daily life to functioning poorly (or not at all) in even my most basic daily living needs. These numerous, drastic changes would injure and pain almost everyone's sense of self-worth and self-confidence. They have absolutely and severely injured and pained my sense of self-worth.

148) **Knee injuries and inflammation**. Due to the disabilities that HBH and ESARO caused me, for the past 6¾ years I have been disabled from keeping my apartment floors clear. As a result, I have been forced to step over and around objects on my floor in sideways, twisting, unbalanced ways for 6¾ years. At the same time, my disabilities caused me weakened muscles, a gain of 47 pounds, and 8 inches added to my belly. The combined result is that

now my knees (for the first time in my life) are often in pain, pop and slip out of alignment several times a day, are unstable and unreliable, and are vulnerable to even worse slippage and injury. My knees are often swollen, inflamed, and hurt even when I'm lying down. I feel just heart-sick about this new disability. Already, my walking has become halting, hobbled, "old man"-like, and precarious. I can no longer walk naturally and automatically. I have to monitor my every movement—to make sure I don't move in any way except a perfectly straight line, and to catch myself as soon as my knees destabilize—so that my knees aren't injured into an even worse state. Now, on top of my often heavy schedule of medical appointments, I need to start adding physical therapy sessions (plus at home). If I am not able to heal my knees fully back to normal, I will lose my freedom to walk and bicycle. If that occurs, I will lose my main sources of exercise to combat my auto-immune diseases, depression, PTSD, chronic fatigue, sleep disorders, anxiety, stress management, my continuing weight gain, and my deteriorating physical appearance, self-image, and relations with others.

149) **Worsening arthritic-like pain in my joints and muscles**. Sudden onset of arthritis-like joint-pain in my hands and feet occurred in the same week of my Inner Ear Disease onset in December 2003. From its onset to the present, this pain has steadily spread and worsened in most of my joints and many of my muscles. My fingers, hands, wrists, elbows, deltoids, biceps, forearms, hips, thighs, knees, calves, ankles, toes, and the balls of my feet are all afflicted with worsening pain that increasingly impairs my moving and exerting.

150) **Worsening loss of muscles (atrophy), especially my legs, torso, and arms**.
6¾ years of disability has stolen my lifelong build-up of top athletic fitness. My legs are skinny, my abdominals are bloated, and my arms and chest are flabby.

151) **Worsening bloating of my face and belly**. Due to the steroid Prednisone, and my needing to eat when not hungry to take my medications --and due to feeling chronically ill and tired,

and therefore unable to exercise -- I continually gain weight and fat.  This is harmful to my heart, auto-immune diseases, depression, anxiety, self-image, relations with others, etc.

152) **Hardening of fat under my face.**  The fat that has covered and thickened my face, especially under my cheeks and around my "jowls" has changed from being soft to hardening into visible and "feelable" "hardened pads."  This is a worsening of my physical appearance, anxiety-and depression worsening, and harmful to my self-image and relations with others.

153) **Bleeding capillaries spreading out from my nose and cheeks ("purpura").**  This very unattractive "varicose vein"-like symptom is common in Sjogren's Syndrome.  It is also a worsening of my physical appearance, anxiety-and depression worsening, and harmful to my self-image and relations with others.

154) **Breathing noises disturbing to me and others.**  Sjogren's Syndrome attacks numerous glands that lubricate tissues throughout one's entire body.  In addition to my dry eyes -- my nostrils, throat, mouth, esophagus, stomach, abdomen, and joints are under attack and are dry.  One result is that my breathing is disturbingly audible to me and to others.  I often sound like I am "wheezing" with emphysema or asthma.  I have been stared at by strangers at the doctor's office, at stores, and my family has commented about it.  It bothers me while I am awake, and regularly startles me out of sleep.  My esophagus wheezes, "squeaks," "squeals," and even "collapses" from dryness and apnea.  These symptoms also cause me poor sleep, anxiety, depression, and harm to my self-image and to my relations with others.

155) **Breathing spasms.**  Sjogren's Syndrome is also causing my nostrils, esophagus, and lungs to spasm.  My breathing is disrupted, both when I am awake and when I am sleeping, by these involuntary, unpredictable spasms. The spasms worsen my sleep, fatigue, anxiety, and depression.

156) **Diabetes**. This diagnosis of diabetes was confirmed by three different blood tests ordered by three different doctors.  The onset of diabetes occurred 6 months after I began taking

large doses of Prednisone, which is known to cause diabetes. I have had diabetes now for 2 years. Diabetes makes me feel poorly, physically and emotionally, impairs my cognitive abilities to concentrate and think clearly, and decreases my behavioral abilities to get things done. Diabetes makes my body much more adversely affected by missed sleep and imprecise eating. Diabetes will force me to very strictly control my sleep, food choices, and eating schedule. This disease is already causing me cataracts, and is medically proven to eventually cause the many diseases listed in the next paragraph. Diabetes is also taking an unwanted amount of my time and energy by requiring additional doctor visits, pharmacy visits, and additional drugs every day. (I am forced to take 10+ pills every day.)

In addition, I have always been sensitive to pain and squeamish about blood and needles, so being forced to draw my own blood—two to four times every day for the rest of my life—is going to significantly add cumulative, chronic stress to my already distressed mental, physical, and emotional health problems. Furthermore, if I am eventually required to inject myself with insulin with a hypodermic needle once or more times a day for life, I will be even more distressed and depressed. This disease will also require lifelong monitoring by me and my doctors because diabetes substantially increases my risks of heart attack, stroke, and serious illnesses of my pancreas, kidneys, and eyes, including blindness. These catastrophic health risks are exacerbated since I already suffer from autoimmune disease, Sjogren's Syndrome, & the combined health risk of visual problems & migraine headaches.

Finally, being told that I have yet another incurable, lifelong, serious disease like diabetes— on top of all of my other incurable, lifelong, serious diseases and disabilities—severely aggravates my fears and anxieties, my already chronic and acute stress and distress, my Post-Traumatic Stress Disorder (and my realistic feelings of being unfairly victimized and damaged in my core self, body, and life), my resulting anger, and my Major Depression.

<u>For 7½ years</u>, I have been suffering chronic and acute stress and pain, severe anxiety and depression, and utter boredom and disgust with the miserable reduction of my life.  When my pain and disabilities get too intense for too long, I feel that I no longer want to live, if this is how my life will be.  I am <u>not</u> suicidal, and I would <u>never</u> harm myself – but when my pain and inability to live my life get too intense for too long, then my feelings (not actions) of despair become very profound.  My reaction to suffering and prolonged loss of my ability to live will be intensified if my disabilities and diseases keep increasing in number and severity—which has been happening so far, and which is the medically proven course of diseases like those I have been afflicted with, such as diabetes and auto-immune diseases.

After 7½ years, I have endured so much injury, injustice, and illness for so many (2,737!) consecutive days—and I have lost so much of my previous self and life, and I have so few activities and so little enjoyment of life anymore—that my health has been catastrophically and permanently damaged, and my entire life has been terribly devastated in its fulfillment.  After 7½ years of chronic illnesses, increasing diseases, and worsening life losses, most of my endurance for suffering -- <u>and for injustice</u> -- has been "used up" and I feel "exhausted".

**IV.  My Past Symptoms, Diseases, and Disabilities that may reoccur under acute stress:**

157)  **Numbness of facial nerves** from right eye to right lip; from right eye to lower right jaw; and across entire right cheek bone (due to reading, stress, emotional upset, or fatigue).

158)  Numbness of facial nerves has progressively spread to Total **Facial Neuralgia** (when under acute or chronic stress, emotional upset, or exhaustion).

159)  **Severe Insomnia** (prolonged difficulty falling asleep—from 3 to 9 hours—due to chronic stress, tension, anxiety, agitation, and intrusive thoughts and feelings about my traumas, disabilities, and diseases).

I hereby swear, under penalty of law, that the above statements of my stress-injuries, diseases, and disabilities are true and correct.

DATED: Los Gatos, California, June 15, 2006.

*James A. Barch*

JAMES A. BARCH

Plaintiff Pro Se