**EXHIBIT "A"**

**BLOSSOM RIDGE MEDICAL GROUP**
15066 LOS GATOS-ALMADEN ROAD
LOS GATOS, CALIFORNIA 95032
TELEPHONE 377-9180

Sian R. Lindsay, M.D.
15066 Los Gatos Almaden Rd
Los Gatos, CA 95032
(408) 377-9180

June 20, 2006

To Whom It May Concern:

I have been Mr. Barch's primary physician for over three years. In that time, I have examined him on average every month, or about 36 times. As a result, I am very knowledgeable about his medical condition. Mr. Barch has been officially certified as totally disabled by the U.S. Social Security Administration and the U.S. Department of Education. I agree with the DOE's 2005 determination that Mr. Barch is totally and permanently disabled.

I hereby confirm the accuracy of the medical diagnoses presented in Mr. Barch's 30-page document entitled, "James Barch's 156 Stress-Injuries, Diseases, and Disabilities (Updated as of June 15, 2006)." Mr. Barch has thoughtfully itemized his medical conditions and his subjective complaints is an honest description of his medical problems.

If you have any questions, please feel free to contact me at the phone number or mailing address listed above.

Sincerely,

Sian R. Lindsay, M.D.
SL: rt