**EXHIBIT "B"**



# Pacific Eye Associates

**EVERETT AI, M.D.**
Diseases and Surgery of the Retina and Vitreous

**ARTHUR W. ALLEN, M.D.**
Diseases and Surgery of the Retina and Vitreous

**ROGER E. ATKINS, M.D.**
Comprehensive Ophthalmology

**ANNE E. FUNG, M.D.**
Comprehensive Ophthalmology

**WAYNE E. FUNG, M.D.**
Diseases and Surgery of the Retina and Vitreous

**DAVID HEIDEN, M.D.**
Comprehensive Ophthalmology
Uveitis

**JAMES W. KNAPP, M.D.**
Comprehensive Ophthalmology
Cataract Surgery

**DANNY Y. LIN, M.D.**
Cornea and External Disease
Laser Vision Correction
Cataract Surgery

**KAREN W. OXFORD, M.D.**
Corneal and Anterior Segment Surgery
Laser Vision Correction Surgery

**T. OTIS PAUL, M.D.**
Pediatric Ophthalmology
Strabismus

**AUGUST L. READER, III, M.D.**
Neuro-Ophthalmology

**STUART R. SEIFF, M.D.**
Oculoplastic, Lacrimal and Orbital Surgery
Cosmetic Eyelid Surgery

**DEBRA J. SHETLAR, M.D.**
Oculoplastic, Lacrimal and Orbital Surgery
Cosmetic Eyelid Surgery

**THOMAS KING, O.D.**
Comprehensive Optometry

**CATHY SMITH, MBA**
Certified Ophthalmic Executive
Executive Director

Telephone
(415) 923-3007

Facsimile
(415) 923-6586

Website
www.pacificeye.com

June 8, 2006

Sian R. Lindsay, M.D.
15066 Almaden Road
Los Gatos, CA 95032

**RE: James Barch (#1076053)**
**DOB: May 15, 1954**

Dear Dr. Lindsay:

Mr. James Barch is a mutual patient of ours who has autoimmune retinopathy. He also has cataracts that are secondary to a combination of his diabetes and the prednisone that he takes for his autoimmune dysfunction.

At present, the cataracts are relatively stable, but have the potential for progressing with the diabetes and the use of prednisone. At present, his autoimmune retinopathy appears to be in remission, but this is a condition that he will have for the rest of his life and has the potential to recur.

If you have any further questions concerning Mr. Barch, please feel free to contact me.

Sincerely,

August L. Reader III, M.D., F.A.C.S.
Consultant, Neuro-Ophthalmology and Orbital Diseases

ALR/bnal/bram

A Medical Corporation with Main Offices located at the PACIFIC CAMPUS
in the CALIFORNIA PACIFIC MEDICAL CENTER
2100 Webster Street, Suite 214, San Francisco, CA 94115