IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JAMES A. BARCH, ) | CIVIL NO. 04-00712 SOM-BMK |
| Plaintiff, ) | |
| vs. ) | CERTIFICATE OF SERVICE |
| STATE OF HAWAII DEPARTMENT OF LABOR ) & INDUSTRIAL RELATIONS; ET AL., ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 23, 2006, a copy of the foregoing document was served on the following at their last known address via U. S. first-class mail, postage prepaid, as follows:

JOHN M. CREGOR, JR.

CARON M. INAGAKI

Deputy Attorneys General

Department of the Attorney

General, State of Hawaii

425 Queen Street

Honolulu, Hawaii 96813

Defendants' Attorneys

DATED: Los Gatos, California, June 23, 2006.

*/s/ James A. Barch*

JAMES A. BARCH

Plaintiff Pro Se