# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

7/3/06
4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CV 04-00712SOM-BMK

CASE NAME:     James A. Barch vs.  State of HI, etc., et al.

ATTYS FOR PLA:     James A. Barch (Pro Se - by phone)

ATTYS FOR DEFT:     John Cregor

INTERPRETER:

---

JUDGE:     Susan Oki Mollway     REPORTER:     Debra Chun

DATE:     7/3/06     TIME:     9:00 - 9:20

---

COURT ACTION:  EP: Defendant State of Hawaii Department of Labor & Industrial Relations' Motion to Dismiss -

Discussion held re: status of this case.

Plaintiff to file his amended complaint by 8/29/06.

This hearing is continued to 10/23/06 @ 3:00 p.m.

Mr. Cregor may file a supplement to his existing motion to dismiss by 9/20/06.

Plaintiff may file a supplement to his opposition by 10/5/06.

Mr. Cregor may file a reply by 10/12/06.

CRM to mail to the plaintiff new forms in the event new parties are added to the amended complaint.

Mr. Barch may appear by phone at the continued hearing.

Submitted by: Toni Fujinaga, Courtroom Manager.