ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 01 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

| | | |
|---|---|---|
| JAMES A. BARCH, | ) | CIVIL NO. 04-00712 SOM-BMK |
| Plaintiff, | ) | (Other Civil Action) |
| vs. | ) | |
| STATE OF HAWAII DEPARTMENT OF LABOR | ) | CERTIFICATE OF SERVICE |
| & INDUSTRIAL RELATIONS; | ) | |
| Defendants. | ) | |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 29, 2006, a copy of the foregoing document was served on the following at their last known address via United States first class mail, postage prepaid, as follows:

NELSON BEFITEL
Director
Department of Labor and
Industrial Relations,
State of Hawaii
830 Punchbowl St., Rm. 321
Honolulu, Hawaii 96813

Defendant

and

MARK J. BENNETT        2672
Attorney General of Hawaii

CARON M. INAGAKI       3835
JOHN M. CREGOR, JR.    3521
Deputy Attorneys General
Department of the Attorney
General, State of Hawaii
425 Queen Street
Honolulu, Hawaii 96813

Defendant's Attorneys

DATED: Los Gatos, California, August 29, 2006.

*James A. Barch*
JAMES A. BARCH
Plaintiff Pro Se