



16101 Escobar Ave.
Los Gatos, CA 95032-3648

U. S. District Court
District of Hawaii
300 Ala Moana Blvd., C-338
Honolulu, Hawaii 96850-0338

FIRST CLASS

RECEIVED
CLERK, U.S. DISTRICT COURT
SEP 01 2006
DISTRICT OF HAWAII