ORIGINAL

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

JAMES A. BARCH,
        Plaintiff

V.

STATE OF HAWAII,
DEPARTMENT OF LABOR
& INDUSTRIAL RELATIONS,

        Defendant

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: CV04-00712 SOM-BMK

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 01 2006

at 4 o'clock and 30 min. P.M.
SUE BEITIA, CLERK

TO: (Name and address of Defendant)

NELSON BEFITEL, DIRECTOR
DEPARTMENT OF LABOR AND INDUSTRIAL RELATIONS,
STATE OF HAWAII
830 PUNCHBOWL STREET, ROOM 321
HONOLULU, HAWAII 96813

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JAMES A. BARCH (PRO SE)

16101 ESCOBAR AVENUE

LOS GATOS, CA 95032-3648

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SUE BEITIA

CLERK

(By) DEPUTY CLERK

SEP 0 1 2006

DATE