AO 440 (Rev. 8/01) Summons in a Civil Action       ORIGINAL

# UNITED STATES DISTRICT COURT

_____    District of    _____

JAMES A. BARCH,
        Plaintiff
    V.
STATE OF HAWAII,
DEPARTMENT OF LABOR
& INDUSTRIAL RELATIONS,
        Defendant

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: CV04-00712 SOM-BMK

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 01 2006

at 4 o'clock and 30 min
SUE BEITIA, CLERK

TO: (Name and address of Defendant)

DEPARTMENT OF THE ATTORNEY GENERAL
STATE OF HAWAII, CIVIL RIGHTS LITIGATION
425 QUEEN STREET
HONOLULU, HAWAII 96813

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JAMES A. BARCH (PRO SE)
16101 ESCOBAR AVENUE
LOS GATOS, CA 95032-3648

an answer to the complaint which is served on you with this summons, within ___90___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SUE BEITIA                                                SEP 0 1 2006

_____                    _____
CLERK                                                    DATE

_____
(By) DEPUTY CLERK