IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII


JAMES A. BARCH,                                )    CIVIL NO. 04-00712 SOM-BMK

        Plaintiff,                     )    (Other Civil Action)

    vs.                                        )

STATE OF HAWAII DEPARTMENT OF LABOR )    CERTIFICATE OF SERVICE

& INDUSTRIAL RELATIONS;                 )

        Defendants.                   )


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that by or before August 29, 2006, a copy of the foregoing document was served on the following at their last known address via United States first class mail, postage prepaid, as follows:

      NELSON BEFITEL

      Director

      Department of Labor and

      Industrial Relations,

      State of Hawaii

      830 Punchbowl St., Rm. 321

      Honolulu, Hawaii 96813


      Defendant


      and

30

MARK J. BENNETT          2672
Attorney General of Hawaii

CARON M. INAGAKI         3835
JOHN M. CREGOR, JR.      3521
Deputy Attorneys General
Department of the Attorney
General, State of Hawaii
425 Queen Street
Honolulu, Hawaii 96813

Defendant's Attorneys

DATED:  Los Gatos, California, August 27, 2006.


*James A. Barch*

JAMES A. BARCH
Plaintiff Pro Se