AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### District of Hawaii

JAMES A. BARCH,

  Plaintiff

  V.

STATE OF HAWAII DEPARTMENT OF LABOR
& INDUSTRIAL RELATIONS; JOHN DOES 1-20;
JANE DOES 1-20; DOE GOVERNMENT
AGENCIES 1-20; DOE CORPORATIONS 1-20;
DOE PARTNERSHIPS; JOHN DOES 1-20;
JANE DOES 1-20.

  Defendants

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

TO: (Name and address of Defendant)

DEPARTMENT OF THE ATTORNEY GENERAL
STATE OF HAWAII, LABOR DIVISION
425 QUEEN STREET
HONOLULU, HAWAII 96813

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JAMES A. BARCH   (PRO SE)
16101 ESCOBAR AVENUE
LOS GATOS, CALIFORNIA 95032

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

WALTER A.Y.H. CHINN

DEC 0 6 2004

_____
CLERK

_____
DATE

_____
(By) DEPUTY CLERK