

SCANNED