ORIGINAL

MARK J. BENNETT    2672
Attorney General of Hawaii

CARON M. INAGAKI    3835
JOHN M. CREGOR, JR. 3521
Deputy Attorneys General
Department of the Attorney
  General, State of Hawaii
425 Queen Street
Honolulu, Hawaii 96813
Telephone:  (808) 586-1300
Email: John.M.Cregor@hawaii.gov

Attorneys for Defendant
STATE OF HAWAII
DEPARTMENT OF LABOR &
INDUSTRIAL RELATIONS

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 20 2006

at ____ o'clock and ____ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JAMES A. BARCH,<br><br>         Plaintiff,<br><br>vs.<br><br>STATE OF HAWAII DEPARTMENT OF LABOR & INDUSTRIAL RELATIONS; JOHN DOES 1-20; JANE DOES 1-20; DOE GOVERNMENTE AGENCIES 1-20; DOE CORPORATIONS 1-20; DOE PARTNERSHIPS 1-20; JOHN DOES 1-20; JANE DOES 1-20,<br><br>         Defendants. | CIVIL NO. 04-00712 SOM-BMK<br>(Other Civil Action)<br><br>NOTICE OF MOTION; DEFENDANT STATE OF HAWAII DEPARTMENT OF LABOR & INDUSTRIAL RELATIONS' SUPPLEMENT TO ITS MOTION TO DISMISS COMPLAINT; CERTIFICATE OF SERVICE<br><br>Hearing:<br><br>Date:   October 23, 2006<br>Time:   3:00 p.m.<br>Judge: Hon. Susan Oki Mollway |

207020_1.DOC

## DEFENDANT STATE OF HAWAII DEPARTMENT
## OF LABOR & INDUSRIAL RELATIONS'
## SUPPLEMENT TO ITS MOTION TO DISMISS COMPLAINT

Defendant State of Hawaii Department of Labor & Industrial Relations, by and through its attorneys, Mark J. Bennett, Attorney General, and John M. Cregor, Jr. and Caron M. Inagaki, Deputy Attorneys General, hereby submits its Supplement to its Motion to Dismiss Plaintiff Pro Se's Amended Complaint filed August 29, 2006.

Having reviewed Plaintiff's Amended Complaint, this Defendant elects to stand on its previously filed Motion to Dismiss, which is herein incorporated by reference. The Amended Complaint adds nothing materially new and is subject to the same infirmities and defenses as the original Complaint.

CONCLUSION

For all of the foregoing reasons, Defendants move this Honorable Court to dismiss Plaintiff Pro Se's Amended Complaint.

DATED:  Honolulu, Hawaii, September 20, 2006.

JOHN M. CREGOR, JR.
Deputy Attorney General

Attorney for Defendant
STATE OF HAWAII
DEPARTMENT OF LABOR &
INDUSTRIAL RELATIONS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JAMES A. BARCH,<br><br>       Plaintiff,<br><br>  vs.<br><br>STATE OF HAWAII DEPARTMENT<br>OF LABOR & INDUSTRIAL<br>RELATIONS;ET AL.,<br><br>      Defendants. | CIVIL NO. 04-00712 SOM-BMK<br><br>CERTIFICATE OF SERVICE |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 20, 2006, a copy of the foregoing document was served on the following at his last known address via United States mail, postage prepaid, as follows:

> JAMES A. BARCH
> 16101 Escobar Avenue
> Los Gatos, CA 95032
> Plaintiff Pro Se

DATED:  Honolulu, Hawaii, September 20, 2006.

JOHN M. CREGOR, JR.
Deputy Attorney General
Attorney for Defendants
STATE OF HAWAII
DEPARTMENT OF LABOR &
INDUSTRIAL RELATIONS