# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

10/2/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 04-00712SOM-BMK |
| CASE NAME: | James A. Barch v. State of Hawaii Department of Labor & Industrial Relations |
| ATTYS FOR PLA: | James A. Barch by phone |
| ATTYS FOR DEFT: | John M. Cregor by phone |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6 no record |
| DATE: | 10/2/2006 | TIME: | 3:10 - 3:15 |

COURT ACTION:  EP: Status Conference Re Expert Witness Deadline - if this case survives the Motion to Dismiss, now set for hearing on 10/23/06, the court will grant the plaintiff more time to obtain an expert.

Terminated: Settlement Conference set for 10/12/06 and Final Pretrial Conference set for 10/31/2006.

Rescheduling Conference set for 11/13/06 @ 3 p.m. before Magistrate Judge Barry M. Kurren.

Submitted by Richlyn Young, Courtroom Manager