ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 0 4 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

LODGED

NOV 0 2 2006
12:00 pm
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

JAMES A. BARCH
Plaintiff Pro Se
16101 Escobar Avenue
Los Gatos, CA 95032
(408) 978-5727

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JAMES A. BARCH, ) | CIVIL NO. 04-00712 SOM-BMK |
| Plaintiff, ) | (Other Civil Action) |
| vs. ) | |
| ) | PLAINTIFF'S EX PARTE MOTION |
| STATE OF HAWAII DEPARTMENT OF LABOR ) | TO SUPPLEMENT THE RECORD; |
| & INDUSTRIAL RELATIONS, ) | [PROPOSED] COURT ORDER; CERTIFICATE |
| Defendant. ) | OF SERVICE |

Hearing:

Date:  October 23, 2006

Time:  3:00 P.M. (Hawaii Time)

Judge:  The Hon. Susan Oki Mollway

## PLAINTIFF'S EX PARTE MOTION TO SUPPLEMENT THE RECORD

James A. Barch, Plaintiff Pro Se, requests this Honorable Court for an Order that Supplements the Record, such that all of the documents that Plaintiff has filed and will file with this court will be made legally part of the official court record in this case, for use in all of this Court's hearings and trial.

DATED:    Los Gatos, California, September 28, 2006

*James A. Barch*

JAMES A. BARCH, Plaintiff Pro Se