IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JAMES A. BARCH, ) | CIVIL NO. 04-00712 SOM-BMK |
| Plaintiff, ) | (Other Civil Action) |
| ) | |
| vs. ) | COURT ORDER TO SUPPLEMENT |
| ) | THE RECORD |
| STATE OF HAWAII DEPARTMENT OF LABOR ) | |
| & INDUSTRIAL RELATIONS, ) | |
| Defendant. ) | |

COURT ORDER TO SUPPLEMENT THE RECORD

On consideration of the Plaintiff Pro Se's Ex Parte Motion to Supplement the Record,

IT IS HEREBY ORDERED that the Motion be granted and that all of the documents that Plaintiff has filed *and will file* with this court will be made legally part of the official court record in this case, for use in all of this Court's hearings and trial.

DATED: Honolulu, Hawaii, _____

_____
JUDGE OF THE ABOVE-ENTITLED COURT