IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JAMES A. BARCH, | ) | CIVIL NO. 04-00712 SOM-BMK |
| Plaintiff, | ) | (Other Civil Action) |
| vs. | ) | |
| STATE OF HAWAII DEPARTMENT OF LABOR | ) | CERTIFICATE OF SERVICE |
| & INDUSTRIAL RELATIONS, | ) | |
| Defendant. | ) | |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 28, 2006, a copy of the foregoing document was served on the following at their last known address via United States First Class Mail, postage prepaid, as follows:

MARK J. BENNETT        2672
Attorney General of Hawaii
CARON M. INAGAKI       3835
JOHN M. CREGOR, JR.    3521
Deputy Attorneys General
Department of the Attorney
General, State of Hawaii
425 Queen Street
Honolulu, Hawaii 96813

Attorneys for Defendant
STATE OF HAWAII, DEPARTMENT OF
LABOR AND INDUSTRIAL RELATIONS

The undersigned hereby also certifies that within two days after Plaintiff receives the Court's decision on this Motion, that the undersigned will mail copies of the Court's Order to the Defendant's attorneys (stated above), via United States First Class Mail.

DATED: Los Gatos, California, September 28, 2006.

*James A. Barch*
JAMES A. BARCH
Plaintiff Pro Se