JAMES A. BARCH
Plaintiff Pro Se
16101 Escobar Avenue
Los Gatos, CA 95032
(408) 978-5727



FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 0 4 2006

at __ o'clock and __ min __ M.
SUE BEITIA, CLERK

OCT 0 2 2006
CLE_____ COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JAMES A. BARCH, ) | CIVIL NO. 04-00712 SOM-BMK |
| Plaintiff, ) | (Other Civil Action) |
| vs. ) | |
| ) | PLAINTIFF'S EX PARTE MOTION |
| STATE OF HAWAII DEPARTMENT OF LABOR ) | TO RESUBMIT AMENDED COMPLAINT |
| & INDUSTRIAL RELATIONS, ) | WITH MINOR CORRECTIONS; |
| Defendant. ) | DECLARATION OF JAMES A. BARCH; |
| | EXHIBIT "A" (THE COMPLAINT AND [PROPOSED] SUMMONS); THE COURT'S ORDER; CERTIFICATE OF SERVICE |

Hearing:
Date:   October 2, 2006
Time:   3:00 P.M. (Hawaii time)
Judge:  The Honorable Barry M. Kurren

PLAINTIFF'S EX PARTE MOTION TO RESUBMIT
AMENDED COMPLAINT WITH MINOR CORRECTIONS

James A. Barch, Plaintiff Pro Se, for good cause, requests this Honorable Court for an Order allowing Plaintiff to resubmit Plaintiff's Amended Complaint, filed on August 29, 2006, with minor corrections, for the reasons set forth in the attached Declaration of James A. Barch.

DATED:   Los Gatos, California,      September 27, 2006

*James A. Barch*
JAMES A. BARCH,

Plaintiff Pro Se