IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JAMES A. BARCH, ) | CIVIL NO. 04-00712 SOM-BMK |
| Plaintiff, ) | (Other Civil Action) |
| vs. ) | |
| ) | DECLARATION OF JAMES A. BARCH |
| STATE OF HAWAII DEPARTMENT OF LABOR ) | |
| & INDUSTRIAL RELATIONS; ) | |
| Defendant. ) | |

DECLARATION OF JAMES A. BARCH

| | |
|---|---|
| STATE OF HAWAII ) | |
| :SS. | |
| CITY AND COUNTY OF HONOLULU ) | |

JAMES A. BARCH, under the penalty of perjury, declares:

1. That I am the Plaintiff Pro Se;

2. That, with this Court's permission, I filed my Amended Complaint by the Court deadline on August 29, 2006;

3. That on September 22, 2006, by phone, I received the oral stipulation and agreement from one of the Counsels for the Defendant (Mr. John M. Cregor, Jr., Deputy Attorney General for State of Hawaii, Department of Labor and Industrial Relations) to resubmit my Amended Complaint with many corrections of minor typing errors, some of which are nevertheless significant in meaning;

3

4. That the intent and necessity of these many corrections is to remove confusions and frustrations for all of the parties that will otherwise occur from the many typing errors, wrong dates, wrong words, and omitted words in the Amended Complaint filed on August 29, 2006;

5. That I promised Mr. Cregor that I would not add any new allegations to the Amended Complaint by means of these typing corrections;

6. That I would mail my corrected Amended Complaint to Mr. Cregor (and to this Court) "early in the week" of September 25, 2006, so that Mr. Cregor (and this Court) would have sufficient time to examine the corrected Amended Complaint. (Mr. Cregor should receive a similar copy of this Corrected Amended Complaint today, September 27, 2006, but I am also mailing this Motion and Corrected Amended Complaint today, September 27, 2006 by U.S. Priority Mail, which should be delivered on Monday morning, October 2, 2006, before the status conference call at 3:00 P.M., Hawaii time -- and well before the Hearing on Mr. Cregor's Motion to Dismiss the Complaint, involving this Corrected Amended Complaint, on October 23, 2006, before The Honorable Susan Oki Mollway);

7. That the many typing errors in the Amended Complaint that was filed on August 29, 2006 have legitimate medical reasons, and were caused by the many disabilities that are central damages in this lawsuit;

8. That the numerous, time-pressured, and prolonged stresses that I suffered between March and July 2006 in order to respond in a timely manner to the Motion to Dismiss by the Defendant, and to prepare for and participate in the

4

      Court Hearing on July 3, 2006, had their usual medical effect of severely debilitating me for about 50 days after July 3, 2006;

9. That despite my being granted 60 days by this Court to amend my complaint, my total disabilities (and my severe reactions to the stresses of March to July 2006) severely debilitated me and prevented me from being able to do much amending of my complaint until ten days before the deadline on August 29, 2006.

10. That because of my medical needs to move from Hawaii to California, I can no longer deliver documents myself to the court on the same day, nor rely with certainty on next-day postal delivery to the Defendants, as I could if I still lived in Honolulu. Instead, my meeting of court deadlines is made harder by worry about the uncertainty of delivery times between California and Hawaii.

11. That because of number 10, in my time-pressured hurrying to be sure of meeting the court deadline of August 29, 2006 (which I did meet), my stress, exhaustion, and cognitive disabilities caused numerous typing errors, which I would not have made, or would have noticed and corrected, before I was disabled by the Defendant.

12. That I have previously stated to this Court the specific disabilities that most directly caused these current typing errors. In "Plaintiff's Sworn Statement of His Medical Condition," dated June 15, 2006 and filed on June 27, 2006 (with medical verification by two of my doctors, in the attached Exhibits "A" and "B"), I stated the following:

5

    a. Page 16, # 82) "…Inability to engage in thinking, feeling, or writing reports about my traumas…especially when aggravated by the stresses of time deadlines and government evaluators."

    b. Page 19, # 107 E) "I increasingly forget things I was thinking (or intending to do or say) just the previous moment."

    c. Pages 19-20, # 108 C) "I increasingly make mistakes in typing (omitting letters and words I thought I typed, or not noticing misspellings) when all my life I have taken pride in my attention to details."

    d. Page 20, # 110 B) "I have increasingly begun to make significant misstatements of words and ideas other than what I intended to say…"

    e. Page 21, # 112) "My doctors and books on Auto-Immune Diseases tell me that these cognitive symptoms are typical and common to Auto-Immune Diseases -- and are not due to just the normal aging process."

For all of the aforementioned reasons, Plaintiff respectfully requests that this Honorable Court grant Plaintiff's current Ex Parte Motion, and accept the Corrected Amended Complaint (attached herewith as Exhibit "A") as legally being the Plaintiff's Amended Complaint, effectively replacing the Plaintiff's original Amended Complaint that was filed on August 29, 2006.

    DATED: Los Gatos, California,    September 27, 2006.

*James A. Barch*

JAMES A. BARCH, Plaintiff Pro Se

6