IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JAMES A. BARCH, | ) | CIVIL NO. 04-00712 SOM-BMK |
| Plaintiff, | ) | (Other Civil Action) |
| | ) | |
| vs. | ) | ORDER ACCEPTING PLAINTIFF'S |
| | ) | RESUBMISSION OF PLAINTIFF'S |
| STATE OF HAWAII DEPARTMENT OF LABOR | ) | AMENDED COMPLAINT WITH |
| & INDUSTRIAL RELATIONS; and | ) | MINOR CORRECTIONS |
| HAWAII BEHAVIORAL HEALTH, L.L.C., | ) | |
| Defendants. | ) | |

ORDER ACCEPTING PLAINTIFF'S RESUBMISSION
OF PLAINTIFF'S AMENDED COMPLAINT WITH MINOR CORRECTIONS

On consideration of the Plaintiff Pro Se's Ex Parte Motion to resubmit Plaintiff's Amended Complaint with minor corrections, and the Declaration and Exhibit attached thereto,

IT IS HEREBY ORDERED that the Motion be granted and that the Plaintiff's corrected Amended Complaint (attached herewith as Exhibit "A") will be legally considered as being the Plaintiff's Amended Complaint, effectively replacing the Plaintiff's original Amended Complaint that was filed on August 29, 2006.

DATED: Honolulu, Hawaii, _____

_____
JUDGE OF THE ABOVE-ENTITLED COURT