IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JAMES A. BARCH, ) | CIVIL NO. 04-00712 SOM-BMK |
| Plaintiff, ) | (Other Civil Action) |
| vs. ) | |
| STATE OF HAWAII DEPARTMENT OF LABOR ) | CERTIFICATE OF SERVICE |
| & INDUSTRIAL RELATIONS; ) | |
| Defendants. ) | |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 27, 2006, a copy of the foregoing document was served on the following at their last known address via United States Priority Mail, postage prepaid, as follows:

MARK J. BENNETT          2672
Attorney General of Hawaii

CARON M. INAGAKI         3835
JOHN M. CREGOR, JR.      3521
Deputy Attorneys General
Department of the Attorney
General, State of Hawaii
425 Queen Street
Honolulu, Hawaii 96813

Defendant's Attorneys

39

The undersigned also hereby certifies that within two days after receiving the Court's Decision on this Motion, the undersigned will mail a copy of the Court's Order to the Defendant's attorneys (as stated above) at their last known address, via United States First Class Mail, postage prepaid.

DATED: Los Gatos, California, September 27, 2006.

*James A. Barch*

JAMES A. BARCH
Plaintiff Pro Se