IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JAMES A. BARCH, ) | CIV. NO. 04-00712 SOM-BMK |
| ) | |
| Plaintiff, ) | ORDER DENYING PLAINTIFF |
| ) | JAMES A. BARCH'S EX PARTE |
| vs. ) | MOTION TO SUPPLEMENT THE |
| ) | RECORD |
| STATE OF HAWAII ) | |
| DEPARTMENT OF LABOR & ) | |
| INDUSTRIAL RELATIONS, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

ORDER DENYING PLAINTIFF JAMES A. BARCH'S EX PARTE MOTION TO
SUPPLEMENT THE RECORD

Before this court is Plaintiff James A. Barch's Ex Parte Motion to Supplement the Record (the "Motion"). After careful consideration, the court hereby DENIES Plaintiff's Motion.

Neither the Federal Rules of Civil Procedure nor the Local Rules of the District of Hawaii allow the court to grant a party permanent leave to file any documents that party wishes. If Plaintiff wishes to file a particular supplemental pleading, he may seek leave of the court as provided by Federal Rule of Civil Procedure 15(d).

IT IS SO ORDERED.



/s/ Barry M. Kurren
United States Magistrate Judge
Dated: October 4, 2006

Barch v. State of Hawaii Dept. of Labor & Industrial Relations; CV 04-00712 SOM-BMK; ORDER DENYING PLAINTIFF JAMES A. BARCH'S EX PARTE MOTION TO SUPPLEMENT THE RECORD.