IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JAMES A. BARCH, | ) | CIV. NO. 04-00712 SOM-BMK |
| | ) | |
| Plaintiff, | ) | ORDER DENYING WITHOUT |
| | ) | PREJUDICE PLAINTIFF JAMES |
| vs. | ) | A. BARCH'S EX PARTE MOTION |
| | ) | TO RESUBMIT AMENDED |
| STATE OF HAWAII | ) | COMPLAINT WITH MINOR |
| DEPARTMENT OF LABOR & | ) | CORRECTIONS |
| INDUSTRIAL RELATIONS, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

ORDER DENYING WITHOUT PREJUDICE PLAINTIFF JAMES A. BARCH'S
EX PARTE MOTION TO RESUBMIT AMENDED
COMPLAINT WITH MINOR CORRECTIONS

Before this court is Plaintiff James A. Barch's Ex Parte Motion to Resubmit Amended Complaint With Minor Corrections (the "Motion"). After careful consideration, the court hereby DENIES Plaintiff's Motion without prejudice.

Neither the Federal Rules of Civil Procedure nor the Local Rules of the District of Hawaii provide for filing a motion to amend on an ex-parte basis. The court will entertain Plaintiff's Motion if it is re-filed as a hearing motion with notice to the opposing party.

IT IS SO ORDERED.



/s/ Barry M. Kurren
United States Magistrate Judge
Dated: October 4, 2006

Barch v. State of Hawaii Dept. of Labor & Industrial Relations; CV 04-00712 SOM-BMK; ORDER DENYING WITHOUT PREJUDICE PLAINTIFF JAMES A. BARCH'S EX PARTE MOTION TO RESUBMIT AMENDED COMPLAINT WITH MINOR CORRECTIONS