*CORRESPONDENCE*

9/27 3:30

Civil No. **CV04 00712 SOM BMK**

James A. Barch, Plaintiff Pro Se

V.

State of Hawaii Department of Labor

& Industrial Relations, Defendant

James A. Barch

16101 Escobar Ave.

Los Gatos, CA 95032

(408) 978-5727

September 22, 2006

Dear U.S. Magistrate Barry M. Kurren:

This is a short letter to explain to you the reasons that I have requested the status conference call with you and Deputy Attorney General John Cregor on Wednesday, September 27 at 3:30 P.M. (Hawaii time).

I need to request a second extension of the deadline to submit my Experts' Medical Reports, which are currently due in one week, on September 29, 2006. I sincerely apologize for not being able to meet this imminent due date, but I have honestly been as productive as my total disabilities have permitted me to be. You can see from the case file that I have produced several lengthy court documents, that I have copied and filed each document with yourself, Judge Mollway, Mr. Cregor, and DLIR -- always on time -- and that I have prepared for, and participated in, a number of court hearings. However, due to my 156 disease symptoms, every task is painful, difficult, and slow -- and every exertion exhausts and debilitates me for several days, or even several weeks, before I am able to resume my efforts. My disabilities are severe, and are the very reason for my bringing this lawsuit. Thus, I have legitimate medical reasons for not being able to do everything a healthy Plaintiff would be able to do. Therefore, I respectfully request this Honorable Court to understand and give me the "reasonable accommodation" that the ADA and other laws guarantee for disabled Americans. I really am doing my absolute utmost to comply with the numerous, concurrent needs and requirements of this Court.

1

Realistically, I am requesting sixty days to file my Experts' Reports. As a disabled Pro Se Plaintiff, I have no medical sources or financial resources to obtain Experts' Reports. Therefore, part of these sixty days are needed to find an attorney who knows how to obtain Experts' Reports, and for the attorney to have time to act.

If this Court grants the Plaintiff an extension from September 29, 2006 to, say, November 29, 2006 (which I think is "reasonable accommodation" and logistically realistic), an equal extension for the Defendants' Expert Reports would be needed from, I believe, October 30, 2006 to December 30, 2006. Now you can see the problem: by extending Plaintiff's and Defendant's deadlines for Expert Reports, many, if not all, of the other dates in this case will need to be extended.

As it stands now, I don't see how a trial date in December would be practical, when neither side has obtained Expert Reports, exchanged documents, conducted discovery, performed interrogatories and depositions, etc. In order to accommodate all of the practical needs and realistic time-frames of both sides -- and to avoid repeated requests for various extensions -- I wonder if the Court would please consider setting a new trial date for perhaps July 2007, and extend all of the pre-trial dates accordingly.

I expect that the Court and the Defendant may feel reluctant to extend the trial date for 6 or 7 months, but the alternative seems to be even more frustrating for all concerned. Worst of all would be an arbitrary denial of justice merely because the Defendant caused the Plaintiff such numerous and severe disabilities and diseases that the Plaintiff is medically unable to come to trial as quickly as the Court usually expects.

These are the issues I wish to discuss with you and Mr. Cregor next week. To be fair, I will fax a copy of this letter to Mr. Cregor simultaneously, so that he will have a few days to consider opposing arguments, if he does not agree with my perspective. This Court will also have a few days to consider how best to manage this case, before we talk.

Most Respectfully,
James A. Barch

P.S. After speaking to Mr. Cregor and Ms. Richlyn Young, I will soon mail new Amended Complaints to correct the numerous typing errors caused by my disabilities.