# MINUTES

FILED IN THE<br>
UNITED STATES DISTRICT COURT<br>
DISTRICT OF HAWAII<br><br>
10/23/2006  4:30 pm<br><br>
SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 04-00712SOM-BMK |
| CASE NAME: | James A. Barch vs. State of HI Dept. Of Labor & Industrial Relations |
| ATTYS FOR PLA: | James Barch (Pro Se - by phone) |
| ATTYS FOR DEFT: | John Cregor |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Debra Chun |
| DATE: | 10/23/2006 | TIME: | 3:00 - 4:15 |

COURT ACTION:  EP: State of HI Dept. Of Labor & Industrial Relations' Motion to Dismiss -

Arguments.

State of HI Dept. Of Labor & Industrial Relations' Motion to Dismiss - taken under advisement.

Court to issue a written ruling.

Submitted by: Toni Fujinaga, Courtroom Manager.