*CORRESPONDENCE*

**UNITED STATES DISTRICT COURT**
DISTRICT OF HAWAII
300 ALA MOANA BOULEVARD, ROOM C-409
HONOLULU, HAWAII 96850

CHAMBERS OF
SUSAN OKI MOLLWAY
UNITED STATES DISTRICT JUDGE

TELEPHONE
(808) 541-1720
FAX (808) 541-1724
susan_mollway@hid.uscourts.gov

## TRANSMITTAL MEMORANDUM

DATE: October 26, 2006

TO:
Mr. James A. Barch
16101 Escobar Avenue
Los Gatos, CA 95032

Mr. John M. Cregor, Jr.
Office of the Attorney General-Hawaii
425 Queen Street
Honolulu, HI 96813

FROM:
Joni Gross, secretary to
The Honorable Susan Oki Mollway
United States District Court
 for the District of Hawaii
300 Ala Moana Boulevard, #C-409
Honolulu, HI 96850

RE:    Barch v. State of Hawaii Department of Labor & Industrial Relations
       Civil No. 04-00712 SOM/BMK

We are sending you the following:

| Original | Copies | Dated | Description |
|---|---|---|---|
|  | 1 | 10/26/06 | **Amended** Order Granting Defendant's Motion to Dismiss |

( ) For your information
(X) For your files
( ) Per your request
( ) Per our conversation
( ) For necessary action

( ) For signature and return
( ) For signature, forwarding as noted below
     and return
( ) For review and comment
( ) For distribution

REMARKS:

Please note the corrections highlighted on pages 1, 26, and 27.