IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JAMES A. BARCH,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF HAWAII DEPARTMENT OF LABOR & INDUSTRIAL RELATIONS;ET AL.,<br><br>Defendants. | CIVIL NO. 04-00712 SOM-BMK<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 14, 2007, a copy of the foregoing document was served on the following at his last known address via United States mail, postage prepaid, as follows:

    JAMES A. BARCH
    16101 Escobar Avenue
    Los Gatos, CA 95032
    Plaintiff Pro Se

DATED: Honolulu, Hawaii, February 14, 2007.

_____
JOHN M. CREGOR, JR.
Deputy Attorney General
Attorney for Defendants
STATE OF HAWAII
DEPARTMENT OF LABOR &
INDUSTRIAL RELATIONS