# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/9/2007  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:        CV 04-00712SOM-BMK

CASE NAME:          James A. Barch v. State of Hawaii

ATTYS FOR PLA:      James Barch by phone

ATTYS FOR DEFT:     John M. Cregor

INTERPRETER:

|         |                |           |              |
|---------|----------------|-----------|--------------|
| JUDGE:  | Barry M. Kurren | REPORTER: | Room 5-161   |
| DATE:   | 3/9/2007       | TIME:     | 2:10 - 2:33  |

COURT ACTION:   EP: [54] Plaintiff Pro Se's Motion for Leave to File a Second Amended Complaint - DENIED without prejudice.  Cregor to prepare the order.  Barch has till 4/9/2007 to file another motion to amend complaint, following the local rules.

Submitted by Richlyn W. Young, courtroom manager