MARK J. BENNETT     2672
Attorney General of Hawaii

CARON M. INAGAKI   3835
JOHN M. CREGOR, JR. 3521
Deputy Attorneys General
Department of the Attorney
  General, State of Hawaii
425 Queen Street
Honolulu, Hawaii 96813
Telephone:  (808) 586-1300
Email: John.M.Cregor@hawaii.gov

Attorneys for Defendant
STATE OF HAWAII
DEPARTMENT OF LABOR &
INDUSTRIAL RELATIONS

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JAMES A. BARCH,<br><br>       Plaintiff,<br><br>   vs.<br><br>STATE OF HAWAII DEPARTMENT OF LABOR & INDUSTRIAL RELATIONS; JOHN DOES 1-20; JANE DOES 1-20; DOE GOVERNMENT AGENCIES 1-20; DOE CORPORATIONS 1-20; DOE PARTNERSHIPS 1-20; JOHN DOES 1-20; JANE DOES 1-20,<br><br>      Defendants. | CIVIL NO. 04-00712 SOM-BMK<br>(Other Civil Action)<br><br>ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT |

## ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

This cause coming to be heard March 9, 2007, on Plaintiff's

Motion for Leave to File Second Amended Complaint, Plaintiff appearing

by telephone conference and Defendants appearing by John M. Cregor, Jr.,

Deputy Attorney General, and the Court having considered the written

submissions of the parties and oral arguments in open court finds that:

1. Plaintiff's Motion for Leave to File Second Amended Complaint fails to comply with Local Rule 10.3, in that no copy of the proposed Second Amended Complaint was filed with the motion; and

2. It appears that Plaintiff had intended to plead claims already barred by the previous Amended Order Granting Defendant's Motion to Dismiss Plaintiff's Amended Complaint, entered by Judge Susan Oki Mollway on October 26, 2006.
NOW THEREFORE, IT IS HEREBY ORDERED that

Plaintiff Pro Se's Motion for Leave to File a Second Amended

Complaint, dated January 29, 2007 is denied, without prejudice.  Plaintiff

may file a proper Motion for Leave to File a Second Amended Complaint

complying with all applicable rules of court on or before April 9, 2007.  If

Plaintiff does not move for leave to file a Second Amended Complaint on or

before the date specified or if leave is denied by the Court, judgment will

automatically be entered and the case will be closed on April 9, 2007.

IT IS SO ORDERED.



/s/ Barry M. Kurren
United States Magistrate Judge
Dated: March 15, 2007

JAMES A. BARCH V. STATE OF HAWAII DEPARTMENT OF LABOR & INDUSTRIAL RELATIONS; CV. NO .04-00712 SOM-BMK; ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT