## URGENT FAX

(Please give this fax to Judge Kurren as soon as possible.)

| | |
|---|---|
| To: | U.S. Magistrate Barry M. Kurren |
| | U.S. District Court, District of Hawaii |
| | Fax # (808) 541-3500   Phone # (808) 541-3090 |
| From: | James A. Barch, Civil No. **CV04 00712 SOM BMK** |
| | Phone and Fax # (408) 978-5727 |
| Date: | April 7, 2007 @ 4:50 P.M. (Hawaii time) |
| Sending: | 1 page |
| Comments: | Dear Judge Kurren: |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 1 1 2007

at 8 o'clock and ___ min. ___ M
SUE BEITIA, CLERK

Please grant me a one-day extension (until 4-10-07) for my Motion to file a Second Amended Complaint. Due to worsening health problems, I ran right up to the last minute. And although I got to the cross-town Post Office before the 4:00 P.M. deadline, the postal clerk took 5 -10 minutes fumbling with stamps. As a result, my Express Mail to you entered the electronic system 5 or 10 minutes after 4:00. So even though the Express Mail hadn't been picked up yet, the clerk told me that the system would automatically relegate my Express Mail to not be delivered until Tuesday, April 10 (3 whole days from now). With luck, my Motion may still be delivered on April 9. But in case it isn't, would you please grant me a one-day extension until April 10 to allow for this U.S. Postal automated mix-up?

Thank you very much,

*James A. Barch*
James A. Barch

**GRANTED**
*[signature]*
United States Magistrate Judge