IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JAMES A. BARCH, | ) CIVIL NO. 04-00712 SOM-BMK |
|     Plaintiff, | ) (Other Civil Action) |
| | ) |
| vs. | ) COURT ORDER GRANTING |
| | ) PLAINTIFF'S MOTION FOR COURT |
| STATE OF HAWAII DEPARTMENT OF LABOR | ) TO EVALUATE DLIR'S INTERNAL |
| & INDUSTRIAL RELATIONS, | ) EVIDENCE "IN CAMERA" |
|     Defendant. | ) |

COURT ORDER GRANTING PLAINTIFF'S MOTION FOR COURT
TO EVALUATE DLIR'S INTERNAL EVIDENCE "IN CAMERA"

On consideration of the Plaintiff's Motion for this Court to obtain and evaluate the Department of Labor and Industrial Relations' internal documents and evidence regarding Plaintiff and Plaintiff's cases against said Department,

IT IS HEREBY ORDERED that the Motion be granted and that all of the Department's internal documents regarding Plaintiff and Plaintiff's cases against said Department be submitted to this Court, for an "In Camera Review," and for possible release to the Plaintiff.

DATED: Honolulu, Hawaii, _____

_____
JUDGE OF THE ABOVE-ENTITLED COURT

7