JAMES A. BARCH
Plaintiff Pro Se
16101 Escobar Avenue
Los Gatos, CA 95032
(408) 978-5727

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JAMES A. BARCH, ) | CIVIL NO. 04-00712 SOM-BMK |
| Plaintiff, ) | (Other Civil Action) |
| vs. ) | |
| ) | PLAINTIFF'S MOTION FOR |
| STATE OF HAWAII DEPARTMENT OF LABOR ) | LEAVE TO FILE A SECOND |
| & INDUSTRIAL RELATIONS; ) | AMENDED COMPLAINT |
| Defendants. ) | |

PLAINTIFF'S MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT

Plaintiff Pro Se, James A. Barch respectfully requests this Honorable Court to grant Plaintiff Leave to File a Second Amended Complaint, for the legal reasons stated in the Proposed Amended Complaint, which is attached to this Motion as Exhibit "A".

8

DATED:    Los Gatos, California, April 7, 2007

_/s/ James A. Barch_

JAMES A. BARCH,

Plaintiff Pro Se