IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JAMES A. BARCH, ) | CIVIL NO. 04-00712 SOM-BMK |
|     Plaintiff, ) | (Other Civil Action) |
| ) | |
| vs. ) | COURT ORDER GRANTING |
| ) | PLAINTIFF'S MOTION FOR |
| STATE OF HAWAII DEPARTMENT OF LABOR ) | LEAVE TO FILE THE PROPOSED |
| & INDUSTRIAL RELATIONS, ) | SECOND AMENDED COMPLAINT |
|     Defendant. ) | |

COURT ORDER GRANTING PLAINTIFF'S MOTION

FOR LEAVE TO FILE

THE PROPOSED SECOND AMENDED COMPLAINT

On consideration of the Plaintiff's Motion for Leave to File the Proposed Second Amended Complaint, and of Exhibit "A," the Proposed Second Amended Complaint,

IT IS HEREBY ORDERED that the Motion be granted.

DATED:  Honolulu, Hawaii, _____

_____
JUDGE OF THE ABOVE-ENTITLED COURT

19