IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JAMES A. BARCH, | ) | CIVIL NO. 04-00712 SOM-BMK |
| Plaintiff, | ) | (Other Civil Action) |
| vs. | ) | |
| STATE OF HAWAII DEPARTMENT OF LABOR | ) | CERTIFICATE OF SERVICE |
| & INDUSTRIAL RELATIONS; | ) | |
| Defendants. | ) | |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 7, 2007, a copy of the foregoing document was served on the following at their last known address via United States first class mail, postage prepaid, as follows:

> NELSON BEFITEL
> Director
> Department of Labor and
> Industrial Relations,
> State of Hawaii
> 830 Punchbowl St., Rm. 321
> Honolulu, Hawaii 96813
>
> Defendant
>
> and

20

MARK J. BENNETT       2672
Attorney General of Hawaii

CARON M. INAGAKI      3835
JOHN M. CREGOR, JR.   3521
Deputy Attorneys General
Department of the Attorney
General, State of Hawaii
425 Queen Street
Honolulu, Hawaii 96813

Defendant's Attorneys

DATED: Los Gatos, California, April 7, 2007.

*[signature: James A. Barch]*

JAMES A. BARCH
Plaintiff Pro Se