CORRESPONDENCE

**CIVIL NO. 04-00712 SOM-BMK**

James A. Barch

16101 Escobar Ave.

Los Gatos, CA 95032


(408) 978-5727


April 7, 2007


Clerk, U.S. District Court

U.S. District Court, District of Hawaii

300 Ala Moana Blvd., C-338

Honolulu, Hawaii 96850-0338

RECEIVED
CLERK, U.S. DISTRICT COURT
APR 10 2007
DISTRICT OF HAWAII


Dear Clerk of the U.S. District Court:


I am enclosing 4 copies my Motion.

1) Please file 1 copy with the court.

2) Please give 2 copies to Judge Barry M. Kurren.

3) Please return to me 1 court-stamped copy in the envelope that is stamped and addressed to me.


Thank you very much,

*James A. Barch*

James A. Barch