MARK J. BENNETT         2672
Attorney General of Hawaii

CARON M. INAGAKI       3835
JOHN M. CREGOR, JR.    3521
Deputy Attorneys General
Department of the Attorney
  General, State of Hawaii
425 Queen Street
Honolulu, Hawaii 96813
Telephone: (808) 586-1300
Email: John.M.Cregor@hawaii.gov

Attorneys for Defendant
STATE OF HAWAII
DEPARTMENT OF LABOR &
INDUSTRIAL RELATIONS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JAMES A. BARCH,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF HAWAII DEPARTMENT OF LABOR & INDUSTRIAL RELATIONS; JOHN DOES 1-20; JANE DOES 1-20; DOE GOVERNMENTE AGENCIES 1-20; DOE CORPORATIONS 1-20; DOE PARTNERSHIPS 1-20; JOHN DOES 1-20; JANE DOES 1-20,<br><br>Defendants. | CIVIL NO. 04-00712 SOM-BMK<br>(Other Civil Action)<br><br>**DEFENDANT STATE OF HAWAII DEPARTMENT OF LABOR & INDUSTRIAL RELATIONS' MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTIONS FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT AND FOR ORDER TO REVIEW DLIR INTERNAL EVIDENCE "IN CAMERA", FILED May 18, 2007; CERTIFICATE OF SERVICE**<br><br>Hearing:<br>Date:      June 12, 2007<br>Time:     2:00 p.m.<br>Judge:    Hon. Barry M. Kurren |

236494_1.DOC

### DEFENDANT STATE OF HAWAII DEPARTMENT OF LABOR & INDUSTRIAL RELATIONS' MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTIONS FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT AND FOR ORDER TO REVIEW DLIR INTERNAL EVIDENCE "IN CAMERA", FILED MAY 18, 2007

On October 26, 2006, Judge Susan Oki Mollway granted Defendant's Motion to Dismiss, but granted to Plaintiff until January 31, 2007 to file a Motion for Leave to File a Second Amended Complaint, but only as to certain specified claims. Plaintiff filed a Motion for Leave which did not comply with LR 10.3 and suffered from other infirmities. On March 9, 2007, following an oral hearing, Magistrate Judge Barry M. Kurren denied Plaintiff's Motion, without prejudice and granted him an additional 30 days (on or before April 9, 2007) to file a proper motion. Plaintiff filed the instant motion on April 18, 2007, although he appears to have obtained an additional extension of time from this court.

The attention of this Court is respectfully invited to Defendant's previous Memorandum in Opposition to Plaintiff's Motion for Leave to File Second Amended Complaint, filed February 14, 2006. Although Plaintiff has now filed a document bearing the title "Proposed Amended Complaint", it suffers from the same infirmities as the previous attempt and simply does not comply with FRCP 8(a), as more specifically argued in Defendant's

236494_1.DOC

previous opposition memorandum. Plaintiff's Motion should be denied and this matter finally laid to rest, once and for all time.

As to Plaintiff's Motion for an *in camera* review of DLIR evidence, there is no basis in law nor in fact to support the motion. First, at the present time, there is no action presently pending to support any sort of discovery request. Plaintiff's case remains dismissed unless this court revives it by granting him leave to file his Second amended Complaint. Secondly, Judge Mollway has previously ruled that Plaintiff has not made the appropriate showing to entitle him to the documents, unless he can show that he did in fact exhaust his administrative remedies prior to first instituting his civil lawsuit in this court. He has not done so.

Finally, Judge Mollway's Order of October 26, 2006 which laid the framework for whatever relief Plaintiff might claim in a putative Second Amended Complaint, specifically limited what Plaintiff might claim to matters within the applicable two year statute of limitations <u>and</u> that consist only of Title II, ADA, claims in which the Department was motivated by Plaintiff's <u>prior</u> disabilities. (Order at p. 22) Plaintiff simply has failed to state any claims within the narrow framework afforded to him by Judge Mollway when she previously dismissed this action. Accordingly,

Defendant respectfully requests that Plaintiff's instant motion be denied, with prejudice.

DATED: Honolulu, Hawaii, May 24, 2007.

                MARK J. BENNETT
                Attorney General

                _____
                JOHN M. CREGOR, JR.
                Deputy Attorney General

                Attorney for Defendant
                STATE OF HAWAII,
                DEPARTMENT OF LABOR &
                INDUSTRIAL RELATIONS