IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JAMES A. BARCH,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF HAWAII DEPARTMENT OF LABOR & INDUSTRIAL RELATIONS;ET AL.,<br><br>Defendants. | CIVIL NO. 04-00712 SOM-BMK<br><br>**CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 24, 2007, a copy of the foregoing document was served on the following at his last known address via United States mail, postage prepaid, as follows:

    JAMES A. BARCH
    16101 Escobar Avenue
    Los Gatos, CA 95032
    Plaintiff Pro Se

DATED: Honolulu, Hawaii, May 24, 2007.

                                  _____
                                  JOHN M. CREGOR, JR.
                                  Deputy Attorney General
                                  Attorney for Defendant
                                  STATE OF HAWAII,
                                  DEPARTMENT OF LABOR &
                                  INDUSTRIAL RELATIONS