# MINUTES

CASE NUMBER:      CV NO. 04-00712SOM-BMK

CASE NAME:        James A. Barch Vs. State of Hawaii Department of Labor &
                  Industrial Relations, etc.

ATTYS FOR PLA:    James A. Barch-Pro Se

ATTYS FOR DEFT:   John M. Cregor

INTERPRETER:

---

JUDGE:    Barry M. Kurren          REPORTER:    C6-FTR-1:45:35

DATE:     06/26/2007               TIME:        1:45pm-2:02pm

---

COURT ACTION:  EP: [60] Plaintiff's Motion for Court to review DLIR Internal
Evidence "In Camera" and Plaintiff's Motion for Leave to File Second Amended
Complaint-Plaintiff James Barch-Pro Se participated by Phone.   Oral Argument Held.
This Motion is hereby Denied.


Mr. Cregor to prepare the Order.


Submitted by Leslie L. Sai, Courtroom Manager