MARK J. BENNETT            2672
Attorney General of Hawaii

CARON M. INAGAKI           3835
JOHN M. CREGOR, JR.        3521
Deputy Attorneys General
Department of the Attorney
 General, State of Hawaii
425 Queen Street
Honolulu, Hawaii 96813
Telephone:  (808) 586-1494
Email: John.M.Cregor@hawaii.gov

Attorneys for Defendant
STATE OF HAWAII,
DEPARTMENT OF LABOR &
INDUSTRIAL RELATIONS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JAMES A. BARCH,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>STATE OF HAWAII, DEPARTMENT OF LABOR & INDUSTRIAL RELATIONS; JOHN DOES 1-20; JANE DOES 1-20; DOE GOVERNMENT AGENCIES 1-20; DOE CORPORATIONS 1-20; DOE PARTNERSHIPS 1-20; JOHN DOES 1-20; JANE DOES 1-20,<br><br>　　　　　Defendants. | CIVIL NO. 04-00712 SOM-BMK (Other Civil Action)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT AND PLAINTIFF'S MOTION FOR COURT TO REVIEW DLIR INTERNAL EVIDENCE "IN CAMERA", FILED MAY 18, 2007<br><br>Hearing:<br>Date:　　　June 26, 2007<br>Time:　　　1:45 p.m.<br>Judge:　　 Hon. Barry M. Kurren |

ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO
FILE A SECOND AMENDED COMPLAINT AND PLAINTIFF'S
MOTION FOR COURT TO REVIEW DLIR INTERNAL
EVIDENCE "IN CAMERA", FILED MAY 18, 2007

Plaintiff JAMES A. BARCH's Motion for Leave to File a Second Amended Complaint and Plaintiff JAMES A. BARCH's Motion for Court to Review DLIR Internal Evidence "In Camera", filed May 18, 2007 came on for hearing on June 26, 2007 at 1:45 p.m. before the Honorable Barry M. Kurren.

With the Plaintiff appearing by telephone and Defendants appearing by and through John M. Cregor, Jr., Deputy Attorney General, and the Court having considered written submissions of the parties and oral arguments in open court finds that:

1.    There is no legal basis to grant Plaintiff's Motion to Review DLIR Internal Evidence "In Camera"; and

2.    Plaintiff's proposed Second Amended Complaint does not comply with Judge Mollway's Order of October 26, 2007.

NOW THEREFORE, IT IS HEREBY ORDERED that Plaintiff JAMES A. BARCH's Motion for Leave to File a Second Amended Complaint and Motion for Court to Review DLIR Internal Evidence "In Camera", filed May 18, 2007, be and hereby are DENIED.  Pursuant to Judge Mollway's Order of October 26, 2006, this case is hereby dismissed, with prejudice.

IT IS SO ORDERED.



/s/ Barry M. Kurren
United States Magistrate Judge
Dated: July 6, 2007

---

<u>James A. Barch v. State of Hawaii Department of Labor & Industrial Relations, et al.</u>, Civil No. 04-00712 SOM-BMK, U. S. District Court; ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT AND PLAINTIFF'S MOTION FOR COURT TO REVIEW DLIR INTERNAL EVIDENCE "IN CAMERA", FILED MAY 18, 2007.