AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| JAMES A. BARCH<br><br>    Plaintiff(s),<br><br>V.<br><br>STATE OF HAWAII DEPARTMENT OF LABOR & INDUSTRIAL RELATIONS; JOHN DOES 1-20; JANE DOES 1-20; DOE GOVERNMENT AGENCIES 1-20; DOE CORPORATIONS 1-20; DOE PARTNERSHIPS 1-20; JOHN DOES 1-20; JANE DOES 1-20<br><br>    Defendant(s). | JUDGMENT IN A CIVIL CASE<br><br>Case: CV 04-00712 SOM-BMK<br><br>FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br><br>July 26, 2007<br><br>At 4 o'clock and 00 min p.m.<br>SUE BEITIA, CLERK |

[ ]   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✓]   **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant State of Hawaii Department of Labor and Industrial Relations pursuant to the "Amended Order Granting Defendant's Motion to Dismiss", filed on October 26, 2006, "Order Denying Without Prejudice Plaintiff's Motion for Leave to File Second Amended Complaint", filed March 15, 2007 and the "Order Denying Plaintiff's Motion for Leave to File a Second Amended Complaint and Plaintiff's Motion for Court to Review DLIR Internal Evidence "In Camera", filed May 18, 2007", filed July 6, 2007.

cc: all parties

| July 26, 2007 | SUE BEITIA |
|---|---|
| Date | Clerk |
| | (By) Deputy Clerk |