# UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

July 26, 2007

TO ALL PARTIES

Re: CV 04-00712 SOM-BMK
JAMES A. BARCH vs. STATE OF HAWAII DEPARTMENT OF LABOR & INDUSTRIAL RELATIONS; JOHN DOES 1-20; JANE DOES 1-20; DOE GOVERNMENT AGENCIES 1-20; DOE CORPORATIONS 1-20; DOE PARTNERSHIPS 1-20; JOHN DOES 1-20; JANE DOES 1-20

Dear Parties,

Please be advised that pursuant to Rule 77, FRCP, notice is hereby given that judgment was entered on July 26, 2007.

Sincerely Yours,

SUE BEITIA, CLERK

by: *(signature)*
Deputy Clerk

cc: all parties